ROBERT S. ALTAGEN, ESQ #056444
**LAW OFFICES OF ROBERT S. ALTAGEN, APC**
1111 CORPORATE CENTER DRIVE, STE 201
MONTEREY PARK, CA 91754
TELEPHONE: (323) 268-9588
FACSIMILE: (323) 268-8742

Attorneys for Debtor, Death Row Records, Inc.

FILED
APR 19 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Death Row Records, Inc.,<br><br>Debtor. | CASE NO. 2:06-bk-11205-EC<br><br>Chapter 11<br><br>**SUBMISSION OF SCHEDULES**<br><br>DATE: (No Hearing Required)<br>TIME:<br>PLACE: |

**TO THE HONORABLE ELLEN CARROLL, BANKRUPTCY JUDGE, THE CLERK OF THE ABOVE-CAPTIONED COURT, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO THE OTHER PARTIES IN INTEREST**:

**COMES NOW** Debtor, DEATH ROW RECORDS INC., pursuant to the April 4, 2006 Court Order, and submits to the court the following:

1. Exhibit "A" to the Voluntary Petition
2. Summary of Schedules
3. Schedule A
3. Schedule B
4. Schedule G
5. Schedule H
6. Declaration Concerning Debtor's Schedules
7. Lis of Equity Security Holders
8. Statement of Financial Affairs

9. Disclosure of Compensation of Attorney for Debtor

Dated: April 17, 2006

Law Offices of Robert S. Altagen, Inc.
A Professional Corporation

Robert S. Altagen, Esq, CSBN 056444
Attorney for Debtor, Death Row Records

Form B1, Exh. A - (Rev. 3/98) 1998 USBC, Central District of California

## Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

In re: **Death Row Records Inc.,**
**4194**

Case No. **2:06-bk-11205**
Chapter **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is **N/A**.

2. The following financial data is the latest available information and refers to debtor's condition on **April 4, 2005**.

| | | | |
|---|---|---|---|
| a. | Total assets | $ **4,500.00 *** | |
| b. | Total debts (including debts listed in 2.c., below) | $ **109,484,000.00** | |
| | | | Approximate number of holders |
| c. | Debt securities held by more than 500 holders. ☐ secured ☐ unsecured ☐ subordinated | **$0.00** | **0** |
| d. | Number of shares of preferred stock | | |
| e. | Number of shares of common stock | 100% | Marion Hugh Knight |

Comments, if any:

**Closely Held Company All Stock Owned By Marion Hugh Knight**
*** The Total Assets Are To Be Determined After Litigation**

3. Brief description of debtor's business:

**Owner of Catalogue of Music Rights**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Marion Hugh Knight**

MK

Form 6- Summ

2005 USBC, Central District of California

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| In re **Death Row Records Inc.,** Debtor. | Case No.: **2:06-bk-11205**<br>Chapter **11** |

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | **YES** | **1** | $ **0.00** | | |
| B - Personal Property | **YES** | **4** | $ **4,500.00** | | |
| C - Property Claimed as Exempt | **NO** | **0** | | | |
| D - Creditors Holding Secured Claims | **NO** | **1** | | $ **1,138,225.96** | |
| E - Creditors Holding Unsecured Priority Claims | **NO** | **2** | | $ **437,000.00** | |
| F - Creditors Holding Unsecured Nonpriority Claims | **NO** | **2** | | $ **109,047,000.00** | |
| G - Executory Contracts and Unexpired Leases | **YES** | **1** | | | |
| H - Codebtors | **YES** | **1** | | | |
| I - Current Income of Individual Debtor(s) | **NO** | **0** | | | $ |
| J - Current Expenditures of Individual Debtor(s) | **NO** | **0** | | | $ |
| **Total** | | | $ **4,500.00** | $ **110,622,225.96** | |

mk

Form B6A - (10/05)

2005 USBC, Central District of California

| In re Death Row Records Inc., Debtor. | Case No.: 2:06-bk-11205 (If known) |
|---|---|

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | **None** | **$ 0.00** |
| | | **Total ➤** | **0.00** | |

(Report also on Summary of Schedules.)

m/C

Form B6B - (10/05) 2005 USBC, Central District of California

| In re **Death Row Records Inc.,** Debtor. | Case No.: **2:06-bk-11205** (If known) |
|---|---|

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Washington Mutual Bank<br>4401 Crenshaw Blvd.<br>Los Angeles, CA 90043** | | **4,500.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

m/C

Form B6B - Continued - (10/05) 2005 USBC, Central District of California

| In re Death Row Records Inc., Debtor. | Case No.: 2:06-bk-11205 (If known) |
|---|---|

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Big Simon Says** | | **undetermined** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Claim Against Koch Entertainment LLC<br>2 Tri-Harbor Court<br>Port Washington, NY 11050** | | **undetermined** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Claim Against Marion Hugh Knignt ( Suge Knight)** | | **undetermined** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Koch Entertainment LLC.<br>2 Tri-Harbor Court<br>Port Washington, NY 11050** | | **undetermined** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Catalogue of Music Rights Under Koch Entertainment LLC. Distribution Agreements** | | **undetermined** |

mK

Form B6B - Continued - (10/05) 2005 USBC, Central District of California

| In re **Death Row Records Inc.,** Debtor. | Case No.: **2:06-bk-11205** (If known) |
|---|---|

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

m lC

Form B6B - Continued - (10/05)

2005 USBC, Central District of California

| In re **Death Row Records Inc.**, Debtor. | Case No.: **2:06-bk-11205** (If known) |
|---|---|

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

3 continuation sheets attached

**$ 4,500.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

mk

Form B6G - (10/05) 2005 USBC, Central District of California

| | |
|---|---|
| In re **Death Row Records Inc.,** Debtor. | Case No.: **2:06-bk-11205** (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Amaru Entertainment, Inc.<br>C/O La Polt Law, PC<br>9000 Sunset Blvd. #800<br>West Hollywood, CA 90069** | **Distribution Agreements** |
| **Interscope Records<br>2220 Colorado Avenue<br>Santa Monica, CA 90404** | **Distribution Agreement** |
| **Koch Entertainment LLC<br>2 Tri-Harbor Court<br>Port Washington, NY 11050** | **Distribution Agreements** |
| **Winters International<br>Address to be provided.** | **Distribution Agreements** |

Form B6H - (10/05) 2005 USBC, Central District of California

| In re Death Row Records Inc., Debtor. | Case No.: 2:06-bk-11205 (If known) |
|---|---|

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Marion Hugh Knight**<br>**1617 Orchard Ave**<br>**Compton, CA 90221** | **Laurence D. Strick, Esq.**<br>**339 N. Sycamore Ave #2**<br>**Los Angeles, CA 90036** |
| **Marion Hugh Knight**<br>**1617 Orchard Ave**<br>**Compton, CA 90221** | **Larry Nagelberg**<br>**Nagelberg & Associates**<br>**10940 Wilshire Blvd., #2150**<br>**Los Angeles, CA 90024** |
| **Marion Hugh Knight**<br>**1617 Orchard Ave**<br>**Compton, CA 90221** | **Koch Entertainment, LLC**<br>**2 Tri-Harbor Court**<br>**Port Washington, NY 11050** |
| **Marion Hugh Knight**<br>**1617 Orchard Ave**<br>**Compton, CA 90221** | **Interscope Records**<br>**2220 Colorado Avenue**<br>**Santa Monica, 90404** |
| **Marion Hugh Knight**<br>**1617 Orchard Ave.**<br>**Compton, CA 90221** | **Don Stabler**<br>**15250 Ventura Blvd. #720**<br>**Sherman Oaks, CA 91403** |
| **Marion Hugh Knight**<br>**1617 Orchard Ave**<br>**Los Angeles, CA 90221** | **Dermot Givens**<br>**433 North Camden Drive**<br>**Suite 600**<br>**Beverly Hills, CA 90201** |
| **Marion Hugh Knight**<br>**1617 Orchard Ave.**<br>**Compton, CA 90221** | **Wasserman, Comden, Casselman & Pearson.**<br>**C/O Rex Juliam Beaber Esq.**<br>**1546 Calmer Court**<br>**Los Angeles, CA 90024** |
| **Marion Hugh Knight**<br>**1617 Orchard Ave**<br>**Compton, CA 90221** | **Lydia Harris**<br>**C/O Rex Beaber Esq.**<br>**1925 Century Park East**<br>**5th Floor**<br>**Los Angeles, CA 90067** |
| **Marion Hugh Knight**<br>**1617 Orchard Ave.**<br>**Compton, CA 90221** | **Harold Becks**<br>**3255 Wilshire Blvd. Suite 1220**<br>**Los Angeles, CA 90010** |
| **Marion Hugh Knight**<br>**1617 Orchard Ave.**<br>**Compton, CA 90221** | **Christensen, Fink, Miller,**<br>**Jacob & Shapiro**<br>**10250 Constellation Blvd., 19th Flr**<br>**Los Angeles, CA 90067** |
| **Marion Hugh Knight**<br>**1617 Compton Ave.**<br>**Compton, CA 90221** | **Bridgeport Music Inc.**<br>**C/O Richard S. Busch, Esq.**<br>**1100 Union Street Plaza**<br>**315 Union Street**<br>**Nashville, TN 37201** |
| **Marion Hugh Knight**<br>**1617 Orchard Ave.**<br>**Compton, CA 90221** | **Amanda Metcalf**<br>**20 Marin Bay Park Court**<br>**San Rafael, CA 94901** |

Form B6H - Continued - (10/05) 2005 USBC, Central District of California

| In re Death Row Records Inc., Debtor. | Case No.: 2:06-bk-11205 (If known) |
|---|---|

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Marion Hugh Knight**<br>**1617 Orchard Ave.**<br>**Compton, CA 90221** | **Franchise Tax Board**<br>**P.O. Box 942840**<br>**Sacramento, CA 94267-0040** |

Form B6 - (Rev/ 10/05)

2005 USBC, Central District of California

| In re Death Row Records Inc., Debtor. | Case No.: 2:06-bk-11205 (If known) |
|---|---|

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Marion Hugh Knight [the president or other officer or an authorized agent of the corporation or member or an authorized agent of the partnership] of the **Corporation** [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 13 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date April 18, 2006

Signature: Marion Hugh Knight

Marion Hugh Knight
[Print or type name of individual signing on behalf of debtor]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.**

MK

**United States Bankruptcy Court**
**Central District of California**

In re: Case No. **2:06-bk-11205**

**Death Row Records Inc.,**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Marion Hugh Knight**<br>**1617 Orchard Avenue**<br>**Compton, CA 90221** | **Stock** | | **100%** |

MK

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**

| | |
|---|---|
| In re **Death Row Records Inc.,** Debtor. | Case No.: **2:06-bk-11205** (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None ☐

a. *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less that $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Internal Revenue Service**<br>**Room 4062**<br>**300 N. Los Angeles Street**<br>**Los Angeles, CA 90012** | **Year 2004** | **1,200,000.00** | |
| **Internal Revenue Service**<br>**Room 4062, Mail Stop 5022**<br>**300 N. Los Angeles Street**<br>**Los Angeles, CA 90012** | **Year 2005** | **800,000.00** | |

mk

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Christensen, Fink, Miller, Jacob & Shapiro vs. Death Row Records BC322209** | | **Los Angeles Superior Court 111 N. Hill Street Los Angeles, CA 90016** | **Pending** |
| **Bridgeport Music Inc. vs. Death Row Records USDC 3:02-0300** | | **Meriland Tennessee Address to be Provided** | **Pending** |
| **Amanda Metcalf vs. Death Row Records SC071320** | | **Los Angeles Superior Court 111 N. Hill Street Los Angeles, CA 90016** | **Pending** |
| **Wasserman, Comden, Casselman & Pearson, L.L. P vs. Death Row Records BC-268857** | | **Los Angeles Superior Court 111 N. Hill Street Los Angeles, CA 90016** | **Pending** |
| **Lydia Harris vs. Death Row Records BC268857** | | **Los Angeles Superior Court 111 N. Hill Street Los Angeles, CA 90016** | **Pending** |
| **Harold Becks vs. Death Row Records BC329496** | | **Los Angeles Superior Court 111 N. Hill Street Los Angeles, CA 90016** | **Pending** |

MK

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☑

MK

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert S. Altagen Law Office Inc.<br>1111 Corporate Center Drive<br>Suite 201<br>Monterey Park, CA 91754** | **April 4, 2006** | **$15,000.00** |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

MK

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Washington Mutual**<br>**4401 Crenshaw Blvd.**<br>**Los Angeles, CA 90043** | **7499**<br>**Balance -0-** | **April 11, 2006** |
| **Washington Mutual**<br>**4401 Crenshaw Blvd.**<br>**Los Angeles, CA 90043** | **9625**<br>**Balance -0-** | **April 11, 2006** |
| **Washington Mutual Bank**<br>**4401 Crenshaw Blvd.**<br>**Los Angeles, CA 90043** | **0200**<br>**Balance -0-** | **April 11, 2006** |
| **Washington Mutual Bank**<br>**4401 Crenshaw Blvd.**<br>**Los Angeles, CA 90043** | **0193**<br>**Balance -0-** | **April 11, 2006** |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

MK

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **8200 Wilshire Blvd.**<br>**Beverly Hills, CA 90210** | **Death Row Records** | |

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

MK

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☑

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Don Stabler**<br>**15250 Ventura Blvd. #720**<br>**Sherman Oaks, CA 91403** | **March 8, 2004 to Present** |

MK

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Internal Revenue Service**<br>**Room 4062, Mail Stop 5022**<br>**300 N. Los Angeles Street**<br>**Los Angeles, CA 90012** | **Date Of Audit To Be Provided.** |

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☐

| NAME | ADDRESS |
|---|---|
| **Don Stabler** | **15250 Ventura Blvd. #720** Sherman Oaks, CA 91403 |

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case by the debtor.

None ☑

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None ☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None ☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Marion Hugh Knight**<br>**1617 Orchard Avenue**<br>**Compton, CA 90221** | | **100%** |

MK

## 22. Former partners, officers, directors and shareholders

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None ☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Marion Hugh Knight**<br>**1617 Orchard Avenue**<br>**Compton, CA 90221**<br>**President** | **2005 Loan to Marion Hugh Knight** | **240,000.00** |

## 24. Tax Consolidation Group.

None ☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

• • • • • • • • •

mK

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date APRIL 18, 2006

Signature [signature]

MARION HUGH KNIGHT, President
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

***Penalty for making a false statement:*** *Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88) | 1998 USBC, Central District of California

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re

**Death Row Records Inc.,**

Debtor.

Case No.: **2:06-bk-11205**

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

☐ Debtor ☑ Other (specify) **Suge Publishing Group**

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e) [Other provisions as needed]

**None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

**None**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

4-17-06
*Date*

[signature]
*Signature of Attorney*

**Law Offices of Robert S. Altagen, APC**
*Name of Law Firm*

mk

## PROOF OF SERVICE

(X) BY MAIL
( ) BY MESSENGER
( ) BY HAND DELIVERY
( ) BY FACSIMILE TRANSMISSION
( ) BY SPECIAL DELIVERY/FEDERAL EXPRESS/EXPRESS MAIL

I am a resident of Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business is 1111 Corporate Center Drive, Suite 201, Monterey Park, California. On April 19, 2006, I served the attached document described as:

**Submission of Schedules**

on all interested parties in this action by placing as to each party a true copy thereof, to the addresses or FAX numbers listed as follows:

See attached Service L:IstOffice of the United States Trustee
725 N. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Fax No. ( ) -

___ (State) I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of the Court at whose direction this service was made.

Executed on April 19, 2006 at Monterey Park, California.

ELVA FLORES, Declarant

**SERVICE LIST**

DEBTOR
DEATH ROW RECORDS
P.O. Box 3037
Beverly Hills CA 90212

Office of the United States Trustee
Ernst & Young Plaza
725 S. Figueroa Street 26th Floor
Los Angeles, Ca 90017

Don Stabler
15250 Ventura Blvd., Ste 720
Sherman Oaks Ca 91403

Laurence Strick
339 N. Sycamore Ave #2
Los Angeles, Ca 90036

Larry Nagelberg
10940 Wilshire Blvd.
Suite 1250 The Tower
Los Angeles, CA 90024

Dan McCarthy
Hill, Farrer & Burrill LLP
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Amanda Metcalf
20 Marin Bay Park Court
San Rafael, CA 94901

Bridgeport Music Inc.
C/o: Richard S. Busch Esq.
1100 Union Street Plaza
315 Union Street
Nashville TN 37201

Christensen Fink Miller Jaco & Shapiro
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

Franchise Tax Board
PO Box 942840
Sacramento CA 94267-0040

Harold Becks
3255 Wilshire Blvd., Ste 1220
Los Angeles, CA 90012

Lydia Harris
c/o Rex Beaber Esq.
1925 Century Park East 5th Floor
Los Angeles, Ca 90067

Rex Julian Bearber
1546 Calmer Court
Los Angeles, CA 90024