ROBERT S. ALTAGEN, ESQ #056444
**LAW OFFICES OF ROBERT S. ALTAGEN, APC**
1111 CORPORATE CENTER DRIVE, STE 201
MONTEREY PARK, CA 91754
TELEPHONE: (323) 268-9588
FACSIMILE: (323) 268-8742

Attorneys for Debtor, Death Row Records, Inc.

FILED
JUN - 9 [illegible]
CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Death Row Records, Inc.,<br><br>Debtor. | CASE NO. 2:06-bk-11205-EC<br><br>Chapter 11<br><br>**AMENDED SCHEDULES**<br><br>DATE: (No Hearing Required)<br>TIME:<br>PLACE: |

**TO THE HONORABLE ELLEN CARROLL, BANKRUPTCY JUDGE, THE CLERK OF THE ABOVE-CAPTIONED COURT, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO THE OTHER PARTIES IN INTEREST**:

**COMES NOW** Debtor, DEATH ROW RECORDS INC., submits to the court the following amended schedules:

1. Schedule B
2. Schedule H
3. Schedule F
4. Statement of Financial Affairs

Dated: June 8, 2006

Law Offices of Robert S. Altagen, Inc.
A Professional Corporation

Robert S. Altagen, Esq. CSBN 056444
Attorney for Debtor, Death Row Records, Inc.

Form B6B - (10/05) 2005 USBC, Central District of California

| | |
|---|---|
| In re **Death Row Records Inc.,** Debtor. | Case No.: **2:06-bk-11205** (If known) |

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Washington Mutual Bank**<br>**4401 Crenshaw Blvd.**<br>**Los Angeles, CA 90043** | | **4,500.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

Form B6B - Continued - (10/05)

2005 USBC, Central District of California

| In re Death Row Records Inc., Debtor. | Case No.: 2:06-bk-11205 (If known) |
|---|---|

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Interest in Blood Money Entertainment** | | **Unknown** |
| | | **Interest in Big Simon Says** | | **Unknown** |
| | | **Interest in Death Row Recordings, LLC** | | **Unknown** |
| | | **Interest in Getto Records** | | **Unkown** |
| | | **Interest in MHK Investments, LLC** | | **Unkown** |
| | | **Interest in Suge Knight Films, Inc.** | | **Unknown** |
| | | **interest in Suge Publishing Goup** | | **Unknown** |
| | | **Interest in Taijon Productions Inc.** | | **Unknown** |
| | | **Interest in Tha Row Records** | | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Form B6B - Continued - (10/05) 2005 USBC, Central District of California

| | |
|---|---|
| In re **Death Row Records Inc.,** Debtor. | Case No.: **2:06-bk-11205** (If known) |

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Claim Against Marion Knignt ( Suge Knight)** | | **Undetermined** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against Interscope Records** | | **Unknown** |
| | | **Claims against Warner/Chappell Music, Inc.** | | **Unknown** |
| | | **Koch Entertainment LLC.<br>2 Tri-Harbor Court<br>Port Washington, NY 11050** | | **Undetermined** |
| | | **Potential claims against Dermot Givens** | | **Unknown** |
| | | **RICO claims alleged in action pending in US District Court, CD Cal, L.A. Division, against Wasserman, Comden etal.; New Image Media Corp., Lifestyle Records Inc., Kabat, Russ August; Michael Harris; Steven Goldberg; David Casselman; Alvin Brown and others.** | | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Catalogue of Music Rights Under Koch Entertainment LLC. Distribution Agreements** | | **Undetermined** |

Form B6B - Continued - (10/05) 2005 USBC, Central District of California

| In re Death Row Records Inc., Debtor. | Case No.: 2:06-bk-11205 (If known) |
|---|---|

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Claim Against Koch Entertainment LLC<br>2 Tri-Harbor Court<br>Port Washington, NY 11050** | | **Undetermined** |
| | | **SR-223-893 (Death Row Greatest Hits)** | | **Undetermined** |
| | | **SR-225-782 (Dogg Food/Tha Dogg Pound** | | **Undetermined** |
| | | **SR-230-491 (Chrismas on Death Row)** | | **Undetermined** |
| | | **SR-230-632 (Leave me Alone/Nate Dogg feat, Snoop Doggy Dogg)** | | **Undetermined** |
| | | **SR-233-365 (Gridlock'd The Soundtrack)** | | **Undetermined** |
| | | **SR-246-22 (2 Pac Greatet Hits)** | | **Undetermined** |
| | | **SR-306-038 (Too Gangsta For Radio)** | | **Undetermined** |
| | | **SR-331-779 (Chronic 2000: Suge Knight Represents)** | | **Undetermined** |
| | | **SR-331-781 (Gang Related, the Soundtrack)** | | **Undetermined** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| | | | | |

Form B6B - Continued - (10/05) 2005 USBC, Central District of California

| In re **Death Row Records Inc.,** Debtor. | Case No.: **2:06-bk-11205** (If known) |
|---|---|

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

| In re **Death Row Records Inc.**, Debtor. | Case No.: **2:06-bk-11205** (If known) |
|---|---|

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

5 continuation sheets attached

**$ 4,500.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6F (Official Form 6F) - (Rev. 10/05)

2005 USBC, Central District of California

| In re Death Row Records Inc., Debtor. | Case No.: 2:06-bk-11205 (If known) |
|---|---|

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Death Row Records<br>Afeni Shakur<br>C/O Brian A. Bloom Esq.<br>909 Third Ave.<br>New York, NY 10022 | X | | Setoff<br>Arbitration Award | X | X | X | Undetermined |
| ACCOUNT NO. Death Row Records<br>Amanda Metcalf<br>20 Marin Bay Park Court<br>San Rafael, CA 94901 | X | | Setoff<br>Default Judgment | | X | X | 483,000.00 |
| ACCOUNT NO. Death Row Records<br>Amaru Entertainment<br>C/O Brian A. Bloom Esq.<br>909 Third Ave.<br>New York, NY 10022 | X | | Setoff<br>Arbitration Award | X | X | X | Undetermined |
| ACCOUNT NO. Death Row Records<br>Andre Young<br>C/O Howard E. King, Esq.<br>1900 Avenue of the Stars 25th Flr<br>Los Angeles, CA 90067-4506 | X | | | X | X | X | Undetermined |
| ACCOUNT NO. Death Row Records<br>Bridgeport Music Inc.<br>C/O Richard S. Busch<br>315 Union Street<br>Nashiville, TN 37201 | X | | Default Judgment | X | X | X | 150,000.00 |

4 Continuation sheets attached

| | |
|---|---|
| Subtotal ➤ | $633,000.00 |
| Total ➤<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules) | |

Form B6F (Official Form 6F) - Continued - (Rev. 10/05) 2005 USBC, Central District of California

| In re Death Row Records Inc., Debtor. | Case No.: 2:06-bk-11205 (If known) |
|---|---|

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Death Row Records<br>Calvin Broadus<br>C/O Martin S. Zohn, Esq.<br>2049 Century Park East<br>Los Angeles, CA 90067-3206 | X | | Setoff | X | X | X | Undetermined |
| ACCOUNT NO. Death Row Records<br>Christensen, Fink, Miller,<br>Jacob & Shapiro<br>10250 Constellation Blvd., 19th Flr<br>Los Angeles, CA 90067 | X | | Setoff<br>Default Judgment | | X | X | 389,000.00 |
| ACCOUNT NO. Death Row Records<br>Dermot Givens<br>433 North Camden Drive<br>Suite 600<br>Beverly Hills, CA 90201 | X | | Setoff<br>Attorney Fees & Costs | | X | X | Undetermined |
| ACCOUNT NO. Death Row Records<br>Don Stabler<br>Stabler & Associates<br>15250 Ventura Blvd. #720<br>Sherman Oaks, CA 91403 | X | | Professional fees and costs | | | | 132,877.00 |
| ACCOUNT NO. Death Row Records<br>Dwayne Baudy<br>Joseph Porter III<br>Attorney At Law<br>206 3rd Street<br>Seal Beach, CA 90740 | | | Judgment | X | X | X | 162,641.00 |

Sheet no. 1 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ➤ (Total of this page) | $684,518.00 |
| Total ➤ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules) | |

Form B6F (Official Form 6F) - Continued - (Rev. 10/05) 2005 USBC, Central District of California

| In re Death Row Records Inc., Debtor. | Case No.: 2:06-bk-11205 (If known) |
|---|---|

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Death Row Records**<br>**Harold Becks**<br>**3255 Wilshire Blvd. Suite 1220**<br>**Los Angeles, CA 90010** | X | | **Setoff**<br>**Attorney Fees and Costs** | | X | X | **74,000.00** |
| ACCOUNT NO. **Death Row Records**<br>**Interscope Records**<br>**2220 Colorado Avenue**<br>**Santa Monica, 90404** | X | | **Setoff**<br>**Monies loaned** | X | X | X | **2,500,000.00** |
| ACCOUNT NO. **Death Row Records**<br>**Koch Entertainment, LLC**<br>**2 Tri-Harbor Court**<br>**Port Washington, NY 11050** | X | | **Setoff**<br>**Monies loaned** | X | X | X | **3,400,000.00** |
| ACCOUNT NO. **Death Row Records**<br>**Larry Nagelberg**<br>**Nagelberg & Associates**<br>**10940 Wilshire Blvd., #2150**<br>**Los Angeles, CA 90024** | X | | **Attorney Fees and costs** | | | | **Undetermined** |
| ACCOUNT NO. **Death Row Records**<br>**Laurence D. Strick, Esq.**<br>**339 N. Sycamore Ave #2**<br>**Los Angeles, CA 90036** | X | | **Attorney Fees and costs** | | | | **Undetermined** |

Sheet no. 2 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | > | **$5,974,000.00** |
| Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules) | > | |

Form B6F (Official Form 6F) - Continued - (Rev. 10/05)

2005 USBC, Central District of California

| In re Death Row Records Inc., Debtor. | Case No.: 2:06-bk-11205 (If known) |
|---|---|

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Death Row Records<br>Lydia Harris<br>C/O Rex Beaber Esq.<br>1546 Calmar Court<br>Los Angeles, CA 90024 | X | | Setoff<br>DefaultJudgment | X | X | X | 107,000,000.00 |
| ACCOUNT NO.<br>McPherson & Kalmansohn<br>1801 Century Park East 25th Floor<br>Los Angeles, CA 90067 | X | | Setoff | | X | X | 360,000.00 |
| ACCOUNT NO. Death Row Records<br>Michael Ray Harris<br>Steven M. Goldberg, Esq.<br>Russ August & Kabat<br>12424 Wilshire Blvd., #1200<br>Los Angeles, CA 90025 | X | | Claim to part of default judgment | X | X | X | Unknown |
| ACCOUNT NO.<br>Nextel<br>P.O. Box 740463<br>Cincinnati OH 45274-0463 | | | Utility bills | | X | X | 9,300.00 |
| ACCOUNT NO.<br>Orchard Bank<br>HSBC Card Services<br>P.O.Box 60102<br>City of Industry CA 91716-0102 | | | Credit Card purchases | | X | X | 15,000.00 |

Sheet no. 3 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | > | $107,384,300.00 |
| Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules) | > | |

Form B6F (Official Form 6F) - Continued - (Rev. 10/05)

2005 USBC, Central District of California

| | |
|---|---|
| In re **Death Row Records Inc.,** Debtor. | Case No.: **2:06-bk-11205** (If known) |

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Death Row Records**<br>**Pitney Bowes Credit Corporation**<br>**C/O Melody Anderson**<br>**Law Offices of Hemar & Associates**<br>**2001 Wilshire Blvd. #300**<br>**Santa Monica, CA 90403** | | | **Law suit** | **X** | **X** | **X** | **Undetermined** |
| ACCOUNT NO. **Death Row Records**<br>**Warner/Chappell Music, Inc.**<br>**c/o Alan S. Gutman, Esq.**<br>**9401 Wilshire Blvd., #575**<br>**Beverly Hills, CA 90212-2918** | **X** | | **Setoff**<br>**Unknown** | **X** | **X** | **X** | **Undetermined** |
| ACCOUNT NO. **Death Row Records**<br>**Wasserman, Comden, Casselman & Pearson.**<br>**C/O Rex Julian Beaber Esq.**<br>**1546 Calmar Court**<br>**Los Angeles, CA 90024** | | | **Law Suit** | **X** | **X** | **X** | **Undetermined** |

Sheet no. 4 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ➤ (Total of this page) | **$0.00** |
| Total ➤ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules) | **$114,675,818.00** |

Form B6H - (10/05) 2005 USBC, Central District of California

| | |
|---|---|
| In re **Death Row Records Inc.**, Debtor. | Case No.: **2:06-bk-11205** (If known) |

# AMENDED SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Marion Hugh Knight<br>1617 Orchard Ave<br>Compton, CA 90221** | **Larry Nagelberg<br>Nagelberg & Associates<br>10940 Wilshire Blvd., #2150<br>Los Angeles, CA 90024** |
| **Marion Hugh Knight<br>1617 Orchard Ave.<br>Compton, CA 90221** | **Christensen, Fink, Miller,<br>Jacob & Shapiro<br>10250 Constellation Blvd., 19th Flr<br>Los Angeles, CA 90067** |
| **Marion Hugh Knight<br>1617 Orchard Ave.<br>Compton, CA 90221** | **Amanda Metcalf<br>20 Marin Bay Park Court<br>San Rafael, CA 94901** |
| **Marion Hugh Knight<br>1617 Orchard Ave.<br>Compton, CA 90221** | **Harold Becks<br>3255 Wilshire Blvd. Suite 1220<br>Los Angeles, CA 90010** |
| **Marion Hugh Knight<br>1617 Orchard Ave.<br>Compton, CA 90221** | **Bridgeport Music Inc.<br>C/O Richard S. Busch<br>315 Union Street<br>Nashiville, TN 37201** |
| **Marion Hugh Knight<br>1617 Orchard Ave<br>Compton, CA 90221** | **Dermot Givens<br>433 North Camden Drive<br>Suite 600<br>Beverly Hills, CA 90201** |
| **Marion Hugh Knight<br>1617 Orchard Ave.<br>Compton, CA 90221** | **Don Stabler<br>Stabler & Associates<br>15250 Ventura Blvd. #720<br>Sherman Oaks, CA 91403** |
| **Marion Hugh Knight<br>1617 Orchard Ave<br>Compton, CA 90221** | **Lydia Harris<br>C/O Rex Beaber Esq.<br>1546 Calmar Court<br>Los Angeles, CA 90024** |
| **Marion Hugh Knight<br>1617 Orchard Ave<br>Compton, CA 90221** | **Koch Entertainment, LLC<br>2 Tri-Harbor Court<br>Port Washington, NY 11050** |
| **Marion Hugh Knight<br>1617 Orchard Ave<br>Compton, CA 90221** | **Warner/Chappell Music, Inc.<br>c/o Alan S. Gutman, Esq.<br>9401 Wilshire Blvd., #575<br>Beverly Hills, CA 90212-2918** |
| **Marion Hugh Knight<br>1617 Orchard Ave<br>Compton, CA 90221** | **Laurence D. Strick, Esq.<br>339 N. Sycamore Ave #2<br>Los Angeles, CA 90036** |
| | |

Form B6H - Continued - (10/05) 2005 USBC, Central District of California

| | |
|---|---|
| In re Death Row Records Inc., Debtor. | Case No.: 2:06-bk-11205 (If known) |

# AMENDED SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Marion Hugh Knight<br>1617 Orchard Ave<br>Compton, CA 90221 | Michael Ray Harris<br>Steven M. Goldberg, Esq.<br>Russ August & Kabat<br>12424 Wilshire Blvd., #1200<br>Los Angeles, CA 90025 |
| Marion Hugh Knight<br>1617 Orchard Ave<br>Compton, CA 90021 | McPherson & Kalmansohn<br>1801 Century Park East 25th Floor<br>Los Angeles, CA 90067 |
| Marion Hugh Knight<br>1617 Orchard Ave.<br>Compton, CA 90221 | Afeni Shakur<br>C/O Brian A. Bloom Esq.<br>909 Third Ave.<br>New York, NY 10022 |
| Marion Hugh Knight<br>1617 Orchard Ave<br>Compton, CA 90221 | Amaru Entertainment<br>C/O Brian A. Bloom Esq.<br>909 Third Ave.<br>New York, NY 10022 |
| Marion Hugh Knight<br>1617 Orchard Ave<br>Compton, CA 90221 | Andre Young<br>C/O Howard E. King, Esq.<br>1900 Avenue of the Stars 25th Flr<br>Los Angeles, CA 90067-4506 |
| Marion Hugh Knight<br>1617 Orchard Ave<br>Compton, CA 90221 | Calvin Broadus<br>C/O Martin S. Zohn, Esq.<br>2049 Century Park East<br>Los Angeles, CA 90067-3206 |
| Marion Hugh Knight<br>1617 Orchard Ave<br>Compton, CA 90221 | Interscope Records<br>2220 Colorado Avenue<br>Santa Monica, 90404 |

UNITED STATES BANKRUPTCY COURT
Central District of California

| | |
|---|---|
| In re **Death Row Records Inc.**, Debtor. | Case No.: **2:06-bk-11205** (If known) |

# AMENDED - STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None ☐

a. *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less that $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Internal Revenue Service**<br>**Room 4062, Mail Stop 5022**<br>**300 N. Los Angeles Street**<br>**Los Angeles, CA 90012** | **Year 2005** | **800,000.00** | |
| **Internal Revenue Service**<br>**Room 4062**<br>**300 N. Los Angeles Street**<br>**Los Angeles, CA 90012** | **Year 2004** | **1,200,000.00** | |

None ☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Warner/Chappell Music Inc., CV 06-36RGK** | **Interpleader action; Debtor is not named as a defendant but he has a claim to the alleged sum of $212,465.07 that is the subject of the action** | **US District Court, CD CAl., Los Angeles Division** | **Pending** |
| **See Attached Rider (4)a for additional cases filed since January 1, 2001** | | | |
| **Harris v. Gulliam CV-06-924-DSF** | **Removed Proceeding** | **US District Court CD Cal, Los Angeles Division** | **Remand to State Court** |
| **Knight vs. Wasserman Comden et al., CV 06-924** | **RICO Action** | **US District Court CD Cal., Los Angeles Division** | **Pending** |
| **McPherson & Kalmansohn vs. Death Row Records, et al., BC 289028** | **Collection action** | **Los Angeles Superior Court Central District** | **Judgment** |

| | | | |
|---|---|---|---|
| **Christensen, Fink, Miller, Jacob & Shapiro vs. Death Row Records, Inc., et al.** **BC322209** | **Default Judgment** | **Los Angeles Superior Court 111 N. Hill Street Los Angeles, CA 90016** | **Pending** |
| **Wasserman, Comden, Casselman & Pearson, L.L. P vs. Death Row Records, Inc., et al.** **BC268857** | **Judgment** | **Los Angeles Superior Court 111 N. Hill Street Los Angeles, CA 90016** | **Pending** |
| **Lydia Harris vs. Death Row Records, Inc., et al.** **BC268857** | **Default Judgment** **Michael Harris Claiming to part of the Default Judgment** | **Los Angeles Superior Court 111 N. Hill Street Los Angeles, CA 90016** | **Pending** |
| **Dwayne Baudy vs. Death Row Records, Inc., et al.** **LC 062730** | **Judgment** | **Los Angeles Superior Court Address to be provided** | **Pending** |
| **Amanda Metcalf vs. Death Row Records Inc., et al.** **SC071320** | **Default Judgment** | **Los Angeles Superior Court Address to be provided** | **Pending** |
| **Harold Becks vs. Death Row Records, Inc., et al.** **BC329496** | | **Los Angeles Superior Court 111 N. Hill Street Los Angeles, CA 90016** | **Pending** |
| **Bridgeport Music Inc. vs. Death Row Records, Inc., et al.** **USDC 3:02-0300** | **Default Judgment** | **Meriland Tennessee Address to be Provided** | **Pending** |
| **Pitney Bowes Credit Corp. vs. Death Row Records, Inc., et al.** **05C01509** | **Collection Debt** | **Los Angeles Superior Court 9355 Burton Way #300 Beverly Hills, CA 90210** | **Pending** |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert S. Altagen Law Office Inc.**<br>**1111 Corporate Center Drive**<br>**Suite 201**<br>**Monterey Park, CA 91754** | **April 4, 2006** | **$15,000.00** |

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Washington Mutual**<br>**4401 Crenshaw Blvd.**<br>**Los Angeles, CA 90043** | **9625**<br>**Balance -0-** | **April 11, 2006** |
| **Washington Mutual**<br>**4401 Crenshaw Blvd.**<br>**Los Angeles, CA 90043** | **7499**<br>**Balance -0-** | **April 11, 2006** |

| | | |
|---|---|---|
| **Washington Mutual Bank**<br>**4401 Crenshaw Blvd.**<br>**Los Angeles, CA 90043** | **0200**<br>**Balance -0-** | **April 11, 2006** |
| **Washington Mutual Bank**<br>**4401 Crenshaw Blvd.**<br>**Los Angeles, CA 90043** | **0193**<br>**Balance -0-** | **April 11, 2006** |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **8200 Wilshire Blvd.**<br>**Beverly Hills, CA 90210** | **Death Row Records** | |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

NAME ADDRESS

## 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Don Stabler**<br>**15250 Ventura Blvd. #720**<br>**Sherman Oaks, CA 91403** | **March 8, 2004 to Present** |

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☐

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Internal Revenue Service**<br>**Room 4062, Mail Stop 5022**<br>**300 N. Los Angeles Street**<br>**Los Angeles, CA 90012** | **Date Of Audit To Be Provided.** |

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☐

| NAME | ADDRESS |
|---|---|
| **Don Stabler** | **15250 Ventura Blvd. #720** |

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case by the debtor.

None
☑

NAME AND ADDRESS DATE ISSUED

## 20. Inventories

None ☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None ☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None ☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Marion Knight**<br>**1617 Orchard Avenue**<br>**Compton, CA 90221** | | **100%** |

## 22. Former partners, officers, directors and shareholders

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None ☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**Marion Knight**
**1617 Orchard Avenue**
**Compton, CA 90221**
**President**

**2005 Loan to Marion Hugh Knight 240,000.00**

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND TAXPAYER IDENTIFICATION NUMBER (EIN)

● ● ● ● ● ● ● ● ●

*(If completed on behalf of a partnership or corporation)*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date June 7, 2006

Signature X [signature]

Marion Knight, Jr., President, Death Row Records, Inc.

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

***Penalty for making a false statement:** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*