ERIC P. ISRAEL (State Bar No. 132426)
eisrael@dgdk.com
UZZI O. RAANAN (State Bar No. 162747)
uraanan@dgdk.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Counsel for R. Todd Neilson,
Successor Trustee and Richard K. Diamond,
Predecessor Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DEATH ROW RECORDS, INC.,<br><br>Debtor.<br>_____<br>MARION "SUGE" KNIGHT, JR.,<br><br>Debtor. | Case No 2:06-11205-VZ<br><br>Chapter 11<br><br>[Substantively consolidated with<br>Case No. 2:06-11187-VZ]<br><br>**NOTICE OF HEARING ON INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY PROFESSIONALS**<br><br>Date:  August 6, 2009<br>Time:  1:30 p.m.<br>Place: Courtroom 1368<br>          255 E. Temple Street<br>          Los Angeles, California |

**NOTICE IS HEREBY GIVEN** that on August 6, 2009, at 1:30 p.m., in Courtroom "1368" of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California, a hearing will be held on the interim applications for compensation and reimbursement of expenses filed by the following professionals in the amounts stated:

///

///

///

-1-

340399.01 [XP]    25150

1. Richard K. Diamond, as Chapter 11 trustee for Marion "Suge" Knight, Jr. (the "Knight Trustee"), 2029 Century Park East, Third Floor, Los Angeles, CA 90067 [December 1, 2008 through March 31, 2009]:

    A.    Fees:    $122,771.17

    B.    Costs:    $ 716.57

2. R. Todd Neilson, as Chapter 11 trustee for Death Row Records, Inc. ("DRR Trustee") and the consolidated estates of Death Row Records, Inc. and Marion "Suge" Knight, Jr. (the "Successor Trustee"), 2049 Century Park East, Suite 2300, Los Angeles, CA 90067 [December 1, 2008 through May 31, 2009]:

    A.    Fees:    $533,626.20

    B.    Costs:    $ 417.27

3. Danning, Gill, Diamond & Kollitz, LLP, general counsel for the Knight Trustee and Successor Trustee, 2029 Century Park East, 3rd Floor, Los Angeles, California 90067, Attn: Eric P. Israel [December 1, 2008 through June 30, 2009]:

    A.    Fees:    $303,968.00

    B.    Costs:    $ 10,951.33

4. Kaye Scholer LLP, general counsel for DRR Trustee and special litigation, corporate and entertainment counsel to Successor Trustee, 1999 Avenue of the Stars, 17th Floor, Los Angeles, California 90067, Attn: Ashleigh A. Danker [November 1, 2008 through June 30, 2009]:

    A.    Fees:    $ 1,183,195.40

    B.    Costs:    $ 39,253.00

5. Pachulski, Stang, Ziehl, Young, & Jones, LLP, counsel to the Official Committee of Unsecured Creditors Committee, 3 Embarcadero Center, Suite 1020, San Francisco, CA 94111, Attn: Debra Grassgreen [November 1, 2008 through June 30, 2009]:

    A.    Fees:    $ 134,138.00

    B.    Costs:    $ 4,117.94

1     6.    LECG, LLC, accountants to the DRR Trustee and Successor Trustee, 2049 Century Park East, Suite 2300, Los Angeles, California 90067 Attn: David H. Judd [December 1, 2008 through June 30, 2009]:

    A.    Fees:    $ 127,557.00

    B.    Costs:    $ 12,688.37

Copies of the applications may be viewed at the office of the Clerk of the Court at the address indicated above, or you may contact the Successor Trustee's general counsel named in the upper left-hand corner of this notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1, any opposition to the application must be in writing in the format required by the Local Bankruptcy Rules, filed with the Clerk of the Court and served upon counsel for the Trustee at the address in the upper left corner of the face of this notice, and upon the United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017 and upon the professional affected by the opposition, <u>not less than fourteen (14) days before the hearing</u>. Failure to comply with this procedure may be deemed consent to the granting of the relief requested.

Dated: July 16, 2009

DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
ERIC P. ISRAEL
Attorneys for R. Todd Neilson,
Chapter 11 Trustee

3

340399.01 [XP]    25150

| In re: | | CHAPTER: 11 |
|---|---|---|
| | DEATH ROW RECORDS, INC. | CASE NO.: 2:06-11205-VZ |
| | Debtor(s). | ADV. NO: |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2029 Century Park East, Third Floor
Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **NOTICE OF HEARING ON INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY PROFESSIONALS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 16, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On **July 16, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 16, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Vincent Zurzolo
United States Bankruptcy Court
255 E. Temple Street – Bin Outside of Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 16, 2009 | Gloria E. Ramos | _[signature]_ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1
340399.01 [XP]       25150

| In re: | | CHAPTER: 11 |
|---|---|---|
| | DEATH ROW RECORDS, INC.<br>Debtor(s). | CASE NO: 2:06-11205-VZ<br>ADV NO.: |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I.   BY NOTICE OF ELECTRONIC FILING ("NEF")**

Adam N Barasch   anb@severson.com
Howard Camhi   hcamhi@mdfslaw.com
Marcus Colabianchi   mcolabianchi@thelenreid.com
Jeffrey Lee Costell   jlcostell@costell-law.com, aicornelius@costell-law.com;merishe@costell-law.com;rhull@costell-law.com;hdooley@costell-law.com
Jeffrey Lee Costell   , aicornelius@costell-law.com;merishe@costell-law.com;rhull@costell-law.com;hdooley@costell-law.com
Ashleigh A Danker   adanker@kayescholer.com
Henry S David   hdavid@dskllp.com, hdavid@swlaw.com
Richard K Diamond   jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
Joseph A Eisenberg   jae@jmbm.com
J Rudy Freeman   jwashington@pszjlaw.com, rfreeman@pszjlaw.com
Debra I Grassgreen   dgrassgreen@pszyjw.com
Peter J Gurfein   pgurfein@akingump.com
Gil Hopenstand   ghopenstand@wwolawyers.com
Eric P Israel   eisrael@dgdk.com
Ira Benjamin Katz   Ikatz@katzlaw.net
Jeremy W Katz   jkatz@pinnaclelawgroup.com
Andy Kong   akong@richardsonpatel.com
Dare Law   dare.law@usdoj.gov
Elan S Levey   elevey@richardsonpatel.com, lgreenstein@laklawyers.com;rfeldon@laklawyers.com
Bret D Lewis   Bretlewis@aol.com
Alvin Mar   alvin.mar@usdoj.gov
Kathleen P March   kmarch@bkylawfirm.com
Daniel J McCarthy   dmccarthy@hillfarrer.com
Patrick K McClellan   pkellymc@pacbell.net
Kathryn A Meyer   kathryn.a.meyer@irscounsel.treas.gov
Randall P Mroczynski   randym@cookseylaw.com
David L. Neale   dln@lnbrb.com
Robert B Orgel   rorgel@pszjlaw.com, rorgel@pszjlaw.com
Christina M Padien   cmoore@akingump.com
Gary A Plotkin   gplotkin@prllplaw.com, calexander@prllplaw.com;linda@prllplaw.com
Uzzi O Raanan   uor@dgdk.com
Victor A Sahn   vsahn@sulmeyerlaw.com
Matthew J. Shier   mshier@pinnaclelawgroup.com
Jeffrey S Shinbrot   shinbrot@earthlink.net
Pamela E Singer   psinger@pszjlaw.com, ksuk@pszjlaw.com
Gary A Starre   gastarre@gmail.com
John N Tedford   jtedford@dgdk.com
Wayne R Terry   wterry@hemar-rousso.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
David Weinstein   dweinstein@richardsonpatel.com
Sharon Z Weiss   sweiss@richardsonpatel.com
Adam N Barasch   anb@severson.com
Bradley E Brook   bbrook@bbrooklaw.com
Marc S Cohen   mcohen@kayescholer.com
Marcus Colabianchi   mcolabianchi@thelenreid.com
Jeffrey Lee Costell   jlcostell@costell-law.com, aicornelius@costell-law.com;merishe@costell-law.com;rhull@costell-law.com;hdooley@costell-law.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
340399.01 [XP]   25150

F 9013-3.1

| In re: | | CHAPTER: 11 |
|---|---|---|
| | DEATH ROW RECORDS, INC. | CASE NO: 2:06-11205-VZ |
| | Debtor(s). | ADV NO.: |

Jeffrey Lee Costell    , aicornelius@costell-law.com;merishe@costell-law.com;rhull@costell-law.com;hdooley@costell-law.com
Donald H Cram    dhc@severson.com
Ashleigh A Danker    adanker@kayescholer.com
Henry S David    hdavid@dskllp.com, hdavid@swlaw.com
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Jeffry A Davis    jadavis@mintz.com
Richard K Diamond    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
J Rudy Freeman    jwashington@pszjlaw.com, rfreeman@pszjlaw.com
Debra I Grassgreen    dgrassgreen@pszyjw.com
Everett L Green    egreen@kayescholer.com
Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
Peter J Gurfein    pgurfein@akingump.com
Jeffrey J Hagen    hagenlaw@earthlink.net
James Andrew Hinds    jhinds@jhindslaw.com
Eric P Israel    eisrael@dgdk.com
Steven J Kahn    skahn@pszyjw.com
Ira Benjamin Katz    Ikatz@katzlaw.net
Jeremy W Katz    jkatz@pinnaclelawgroup.com
Andrew F Kim    kim-a@blankrome.com
Andy Kong    akong@richardsonpatel.com
Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
Dare Law    dare.law@usdoj.gov
Ronald L Leibow    rleibow@kayescholer.com
Elan S Levey    elevey@richardsonpatel.com, lgreenstein@laklawyers.com;rfeldon@laklawyers.com
Bret D Lewis    Bretlewis@aol.com
Blake Lindemann    ecf@llgbankruptcy.com
Peter M Lively    PeterMLively2000@yahoo.com, PeterMLively2000@yahoo.com
Alvin Mar    alvin.mar@usdoj.gov
Kathleen P March    kmarch@bkylawfirm.com
Daniel J McCarthy    dmccarthy@hillfarrer.com
Patrick K McClellan    pkellymc@pacbell.net
Kathryn A Meyer    kathryn.a.meyer@irscounsel.treas.gov
Randall P Mroczynski    randym@cookseylaw.com
Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
Christina M Padien    cmoore@akingump.com
Gary A Plotkin    gplotkin@prllplaw.com, calexander@prllplaw.com;linda@prllplaw.com
Uzzi O Raanan    uor@dgdk.com
Oscar D Ramallo    oramaallo@kayescholer.com
Oscar D Ramallo    oramallo@kayescholer.com
Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com
Anthony J Rothman    anthony@arothmanlaw.com
Victor A Sahn    vsahn@sulmeyerlaw.com
Steven J Schwartz    sschwartz@dgdk.com
Matthew J. Shier    mshier@pinnaclelawgroup.com
Jeffrey S Shinbrot    shinbrot@earthlink.net
Pamela E Singer    psinger@pszjlaw.com, ksuk@pszjlaw.com
Gary A Starre    gastarre@gmail.com
John N Tedford    jtedford@dgdk.com
Wayne R Terry    wterry@hemar-rousso.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Jason Wallach    jwallach@bergerkahn.com
David Weinstein    dweinstein@richardsonpatel.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
340399.01 [XP]    25150

F 9013-3.1

| In re: | | CHAPTER: 11 |
|---|---|---|
| | DEATH ROW RECORDS, INC.<br><br>Debtor(s). | CASE NO: 2:06-11205-VZ<br>ADV NO.: |

Sharon Z Weiss    sweiss@richardsonpatel.com
Steven Werth    swerth@kayescholer.com
Martin S Zohn    mzohn@proskauer.com

## II.    BY U.S. MAIL

**Successor Trustee**
R. Todd Neilson
LECG
2049 Century Park East, Suite 2300
Los Angeles, CA 90067-3125

**Trustee's Financial Advisors**
LECG
Attn: David Judd
2049 Century Park East, Suite 2300
Los Angeles, CA 90067-3125

**Predecessor Trustee**
Richard Diamond, Esq.
Danning Gill Diamond & Kollitz LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067

**Counsel to Knight Trustee**
Eric P. Israel, Esq.
Danning Gill Diamond & Kollitz LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067

**Counsel to Debtor, Death Row**
Robert S. Altagen, Esq.
Law Offices of Robert S. Altagen, Inc.
1111 Corporate Center Drive
Suite 201
Monterey Park, CA 91754

**United States Trustee**
Dare Law
Office of the U.S. Trustee
725 South Figueroa Street
Suite 2600
Los Angeles, CA 90017

**Debtor Marion Knight, Jr.**
Marion Knight, Jr.
~~1617 Orchard Avenue~~
~~Compton, CA 90221~~ UTF
P. O. Box 77622
Corona, CA 92877

**Counsel to Marion Knight, Jr.**
Daniel J. McCarthy, Esq.
Hill, Farrer & Burrill LLP
One California Plaza
300 South Grand Avnue
37th Floor
Los Angeles, CA 90071-3147

**Attorneys for Creditors Bridgeport Music, Inc., Southfield Music, Inc., Nine Records, Inc. and Westbound Records, Inc.**
D'Lesli M. Davis, Esq.
Fulbright & Jaworski, LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75101-2784

**Pending Litigation Claimant**
Jeffrey Karl Calhoun
~~7006 Magnolia, #149~~
~~Riverside, CA 92506~~ UTF

**Pending Litigation Claimant - Santiago Sandy Sanguillen**
Kyle Sheldon Hackett, Esq.
Kyle S. Hackett Law Offices
~~3301 Ocean Park Boulevard~~
~~Suite 110~~
~~Santa Monica, CA 90405~~

**Pending Litigation Claimant - Avatar Publishing Group LLC**
Reginald K. Brown, Esq.
Reginald K. Brown Law Offices
6080 Center Drive, 6th Floor
Los Angeles, CA 90045

**Pending Litigation Claimants — Kenneth Gilbert, Leo Gilbert, and James Kyle McMichael**
Carey R. Shegerian, Esq.
Shegerian & Associates, Inc.
499 North Cañon Drive
Suite 201
Beverly Hills, CA 90210

**Pending Litigation Claimants — Maria Arnaud Watkins and Beverly Broadus Green**
Wallace L. Mitchell, II, Esq.
Kevin P. Kelley, Esq.
Mitchell & Huston
~~4299 MacArthur Boulevard~~
~~Suite 100~~
~~Newport Beach, CA 92660~~
660 Baker St., Ste. 401
Costa Mesa, CA 92626-4411

**Judgment Creditor - Kopple & Klinger**
Allan Herzlich, Esq.
Jerome J. Blum, Esq.
Herzlich & Blum, LLP
15760 Ventura Boulevard
Suite 2024
Encino, CA 91436-3095

**Judgment Creditor**
Kopple & Klinger, LLP, etc.
c/o Herzlich & Blum, LLP
15760 Ventura Boulevard
Suite 2024
Encino, CA 91436-3095

**Judgment Creditor - O.C.F., Inc.**
Thomas A. Brackney, III, Esq.
Freund & Brackney, LLP
427 North Camden Drive
Beverly Hills, CA 90210

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**
340399.01 [XP]    25150

| In re: DEATH ROW RECORDS, INC. Debtor(s). | CHAPTER: 11 CASE NO: 2:06-11205-VZ ADV NO.: |
|---|---|

**Judgment Creditor**
L. A. Commercial Group dba
Continental Commercial Group
317 South Brand Boulevard
Glendale, CA 91204

**Judgment Creditor -- L.A. Comercial Group dba Continental Commercial Group**
Carlos D. Olivares, Esq.
317 South Brand Boulevard
Glendale, CA 91204

**Judgment Creditor**
Alexander Jewelers, Inc.
2089 Galleria at Tyler
Riverside, CA 92503

**Judgment Creditor -- Alexander Jewelers, Inc.**
Franklin C. Adams, Esq.
Danielle Sakai, Esq.
Best Best & Krieger LLP
3750 University Avenue
P. O. Box 1028
Riverside, CA 92502

**Judgment Creditor**
CLS Transportation, Inc.
c/o John M. Kalajian, Esq.
P. O. Box 1690
Simi Valley, CA 93062-1690

**Judgment Creditor -- CLS Transportation, Inc.**
John M. Kalajian, Esq.
Law Offices of John M. Kalajian
P. O. Box 1690
Simi Valley, CA 93062-1690

**Judgment Creditor**
Eagle Audio, Inc.
911 South Main Street
Ft. Worth, TX 76104

**Judgment Creditor**
Eagle Audio, Inc.
1875 Century Park East
Suite 1240
Los Angeles, CA 90067

**Judgment Creditor -- Eagle Audio, Inc.**
Harold P. Margulies, Esq.
1875 Century Park East
Suite 1240
Los Angeles, CA 90067

**Pending Litigation Claimants - Torp., Inc. dba Norwalk Automotive, and Torp, Inc. dba Cerritos Towing**
Teri L. Torp
~~16423 Pioneer Boulevard~~
~~Norwalk, CA 90650~~

**Pending Litigation Claimant - Clear Channel Outdoor**
Richard F. Hamlin, Esq.
Richard Hamlin Attorneys
7131 West Manchester Avenue
Suite 200
Los Angeles, CA 90045-3554

**Pending Litigation Claimant - Burrelles Informations/Burrelles Press Clipping**
Nathan H. Harris, Esq.
Victor A. Sahn
Richard Baumann
SulmeyerKupetz
333 South Hope Street, 35th Floor
Los Angeles, CA 90071-1406

**Committee Counsel**
Debra Grassgreen, Esq.
Pachulski, Stang, Ziehl & Young LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Committee Counsel**
Richard Gruber
Pachulski, Stang, Ziehl & Young LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

**Committee Chair**
Amanda Metcalf, Esq.
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, CA 94901

**Committee Member and RSFN**
Afeni Shakur and Amaru Entertainment, Inc.
c/o Eric J. Farber, Esq.
Mathew Shier, Esq.
Jeremy W. Katz, Esq.
Pinnacle Law Group, LLP
425 California Street, Suite 1800
San Francisco, CA
94104

**Committee Member and RFSN**
Mark L. Block, Esq.
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067

**Committee Member and RFSN**
Lydia Harris
c/o Sharon Z. Weiss, Esq.
Richardson Patel
10900 Wilshire Blvd., Ste. 500
Los Angeles, CA 90024

**Committee Member and RFSN**
Lydia Harris
14019 Southwest Fwy, Suite 599
Sugar Land, TX 77478-3563

**Committee Member**
Dwayne Baudy, Esq.
Law Offices of Joseph E. Porter III
206 Third Street
Seal Beach, CA 90740

**RFSN - Attorneys for Party-in-Interest Koch Entertainment LP**
Keith W. Berglund, Esq.
The Berglund Group
149 S. Barrington Avenue, Suite 181
Los Angeles, CA 90049

**RFSN - Attorneys for Party-in-Interest Koch Entertainment LP**
Steven D. Wegner, Esq.
12424 Wilshire Blvd., Ste 720
Los Angeles, CA 90025

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
340399.01 [XP]    25150

F 9013-3.1

| In re:                           | CHAPTER: 11              |
|----------------------------------|--------------------------|
| DEATH ROW RECORDS, INC.          | CASE NO: 2:06-11205-VZ   |
| Debtor(s).                       | ADV NO.:                 |

**Judgment Creditor**
Koch Entertainment Label Alliance
Vice President, Business and Legal
Affairs
740 Broadway, 7th Floor
New York, NY 10003

**Pending Litigation Claimant**
David Z. Chesnoff, Esq.
Goodman & Chesnoff
520 South Fourth Street
Las Vegas, NV 89101

**Pending Litigation Claimant**
Caterina De Silvio, Esq.
Fischbein Badillo Wagner
909 Third Avenue
17th Floor
New York, NY 10022

**Estate of Tupac Shakur**
Richard S. Fischbein, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

**Interested Party**
David E. Kenner, Esq.
Kenner Law Firm
16000 Ventura Blvd., PH1208
Encino, CA 91436

**Judgment Creditor Claimant**
Arrowhead Mountain Spring Water
~~2767 East Imperial Highway~~
~~Brea, CA 92821~~

**Judgment Creditor Claimant**
Paramount / Ameraycan Recording
Studios
6245 Santa Monica Boulevard
Hollywood, CA 90038

**Judgment Creditor Claimant**
Margery L. Melvin, Esq.
1249 South Diamond Bar Boulevard
#21
Diamond Bar, CA 91765

**Pending Litigation Claimant Jevon Jones aka "tha Realest"**
Ramiro J. Lluis, Esq.
Law Offices of Ramiro J. Lluis
205 South Broadway, Suite 1000
Los Angeles, CA 90012

**Pending Litigation Claimant - Alshire International, Inc.**
Jacqueline N. Anker, Esq.
Law Offices of Jacqueline N. Anker
~~29 West Anapamu Street~~
~~Suite 101-325~~
~~Santa Barbara, CA 93101~~
UTF 3/08

**Pending Litigation Claimant - Credit Managers Association of California**
Michael C. McIntyre, Esq.
Law Offices of Rotkin, Schmerin & McIntyre
~~710 Wilshire Boulevard~~
~~Suite 625~~
~~Santa Monica, CA 90401-1724~~
225 South Civic Drive, Suite 2-12
Palm Springs, CA 92262-7228

**Pending Litigation Claimant - Diversified Acceptance Corp. dba M. Leonard & Associates**
~~Lloyd Douglas Dix, Esq.~~
~~Law Offices of Lloyd Douglas Dix, LLP~~

**Claimant settled with DRR - requeste to be removed from service list**
~~22287 Mulholland Way~~
~~PMB 414~~
~~Calabasas, CA 91302~~

**Pending Litigation Claimant - Kone, Inc.**
Raymond I. Dyne, Esq.
Law Offices of Raymond I. Dyne
~~6355 Topanga Canyon Boulevard~~
~~Suite 331~~
~~Woodland Hills, CA 91367-2100~~
UTF

**RFSN - Attorneys for Party-in-Interest Calvin Broadus (pka Snoop Dogg)**
Martin S. Zohn, Esq.
Proskauer Rose LLP
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206

**RFSN - Attorneys for Creditor Sharitha Golden**
Gary A. Starre, Esq.
Starre & Cohn
15760 Ventura Blvd. Suite 801
Encino, CA 91436

**RFSN - Attorneys for Party-in-Interest King, Holmes, Paterno & Berliner LLP**
Howard E. King, Esq.
Michelle N. Jubelirer, Esq.
King, Holmes, Paterno & Berliner LLP
1900 Avenue of the Stars
25th Floor
Los Angeles, CA 90067-4506

**RFSN - Attorneys for Creditor Wasserman, Comden, Casselman & Pearson, LLP**
Peter Q. Ezzell, Esq.
Haight Brown & Bonesteel LLP
6080 Center Drive
Suite 800
Los Angeles, CA 90045-1574

**RFSN - Attorneys for Creditor Wasserman, Comden & Casselman LLP**
David L. Neale, Esq.
Susan K. Seflin, Esq.
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Boulevard
Suite 1700
Los Angeles, CA 90067

David Casselman, Esq.
Wasserman, Comden, Casselman, LLP
5567 Reseda Boulevard
Suite 330
Tarzana, CA 91356

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
340399.01 [XP]    25150

**F 9013-3.1**

| In re:                              | CHAPTER: 11              |
|-------------------------------------|--------------------------|
| DEATH ROW RECORDS, INC.             | CASE NO: 2:06-11205-VZ   |
| Debtor(s).                          | ADV NO.:                 |

**RFSN - Attorneys for Creditor**
**Michael Ray Harris**
Steven M. Goldberg, Esq.
Russ August & Kabat
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025

**RFSN - Attorneys for Party-in-**
**Interest Los Angeles County**
**Treasurer and Tax Collector**
Bonita Sanchez, Supervisor
Los Angeles County Treasurer and Tax
Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

**RFSN - Attorneys for Creditors**
**Bridgeport Music Inc., Southfield**
**Music, Inc., Westbound Records, Inc.,**
**and Nine Records, Inc.**
Richard S. Busch, Esq.
King & Ballow
315 Union Street, Suite 1100
Nashville, TN 37201

**RFSN - Attorneys for Party-In-**
**Interest (MK Case only) Delmar**
**Arnaud**
Bret D. Lewis, Esq.
Law Ofc Bret D. Lewis
12304 Santa Monica Boulevard, #PH
Los Angeles, CA 90025

**RSFN - Attorneys for Party-In-**
**Interest Global Music Group, Inc.**
Bradley E. Brook, Esq.
Law Offices of Bradley E. Brook
523 West 6th Street, Suite 215
Los Angeles, CA 90014

**Creditor**
Laurence D. Strick, Esq.
339 N. Sycamore Avenue, #2
Los Angeles, CA 90036

**Creditor**
Larry Nagelberg, Esq.
Nagelberg & Associates
10940 Wilshire Boulevard
The Tower, Suite 2150
Los Angeles, CA 90024

**Creditor**
Kathryn A. Meyer
Internal Revenue Service
3018 Federal Building300 N. Los
Angeles StreetLos Angeles, CA 90012

**Creditor**
Franchise Tax Board
Attn: Bankruptcy
P.O. Box 942840
Sacramento, CA 94267-0040

**Creditor**
Harold Becks
3255 Wilshire Boulevard
Suite 1734
Los Angeles, CA 90010-1416

**Creditor**
Dermot Givens, Esq.
~~433 North Camden Drive~~
~~Suite 600~~
~~Beverly Hills, CA 90210~~

**Creditor**
Cingular Wireless
P.O. Box 60017
Los Angeles, CA 90060

**Creditor**
Orchard Bank
HSBC Card Services
P.O. Box 60102
City of Industry, CA 91716-0102

**Creditor**
Nextel
~~P.O. Box 740463~~
~~Cincinnati, OH 45274-0463~~ UTF

**Creditor**
Don Stabler
Stabler & Associates, Inc.
15233 Ventura Boulevard
Suite 312
Sherman Oaks, CA 91403

**Creditor (MK Case)**
Warner/Chappell Music, Inc.
c/o Alan S. Gutman, Esq.
9401 Wilshire Boulevard
Suite 575
Beverly Hills, CA 90212-2918

**Creditor**
Edwin McPherson
McPherson & Kalmansohn
1801 Century Park East
24th Floor
Los Angeles, CA 90067

**Creditor**
Attorneys for McPherson &
Kalmansohn, a Law Partnership
Jeffry A. Davis, Esq.
Mintz Levin Cohn Ferris Glovsky &
Popeo P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130

**Party-in-Interest - Pitney Bowes**
**Credit Corporation (DRR Case)**
Melody Anderson, Esq.
Law Offices of Hemar & Associates
2001 Wilshire Boulevard
Suite 300
Santa Monica, CA 90403

**Party-in-Interest**
Remrylie Licensing, Inc.
Sheridan Taylor Group
14724 Ventura Boulevard -- Penthouse
Sherman Oaks, CA 91403

**Party-in-Interest**
Remrylie Licensing, Inc.
Sheridan Taylor Group
~~14127 Ventura Boulevard~~
~~Encino, CA 91423~~

**Judgment Creditor Copeland Capital**
**Inc.**
**Secured Parties**
Copeland Capital Inc.
10201 Centurion Pkwy N., Suite 100
Jacksonville, FL 32256-4114

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
340399.01 [XP]    25150

**F 9013-3.1**

| In re: DEATH ROW RECORDS, INC. Debtor(s). | CHAPTER: 11<br>CASE NO: 2:06-11205-VZ<br>ADV NO.: |
|---|---|

**Judgment Creditor Valley Media, Inc.**
James Colson, Vice President
Independent Distribution
Valley Media, Inc.
~~1280 Santa Anita Court~~
~~Woodland, CA 95776~~

**RFSN - Creditors C. Delores Tucker and William Tucker**
James Andrew Hinds, Jr., Esq.
Law Offices of James Andrew Hinds, Jr.
21515 Hawthorne Boulevard
Suite 1150
Torrance, CA 90503

**RFSN - Creditor C. Delores Tucker and William Tucker**
Richard C. Angino, Esq.
Angino & Rovner, P.C.
4503 North Front Street
Harrisburg, PA 17110

**RFSN - The Harry Fox Agency, Inc.**
Peter M. Gilhuly, Esq.
Latham & Watkins LLP
633 West Fifth Street
Suite 4000
Los Angeles, CA 9 0071

**RFSN - The Harry Fox Agency, Inc.**
Christos P. Badavas
The Harry Fox Agency, Inc.
601 West 26th Street, Fifth Floor
New York, NY 10001

**Creditor**
Michael Ray Harris
CDC #D97093
San Quentin Prison
LEGAL MAIL
P.O. Box D97093
San Quentin, CA 94974

**Creditor**
Alliance Portfolio
120 Vantis, Suite 515
Aliso Viejo, CA 92656

**Creditor**
Bryan Keropian, DDS, PC
18607 Ventura Boulevard
Suite 206
Tarzana, CA 91356

**Creditor**
Calabasas Animal Clinic
4937 Las Virgenes Road
Suite 101
Calabasas, CA 91302

**Creditor**
California DMV
P. O. Box 942894
Sacramento, CA 94294-0894

**Creditor**
Century Towing
23679 Calabasas Road
Suite 708
Calabasas, CA 91320

**Creditor**
City of LA Office of Finance
P. O. Box 53478
Los Angeles, CA 90053-0478

**Creditor**
City of Miami Beach EMS
Attn: Bob Anderson
Attn: EMS
1700 Convention Ctr. Dr.
Miami Beach, FL 33139

**Creditor**
Estrella Chiropractic
530 N. Estrella Parkway
Suite C-1
Goodyear, AZ 85338

**Creditor**
Extremity Preservation, Inc.
P. O. Box 025370
Miami, FL 33102-5370

Harry Sendzischew, M.D.
1029 Kane Concourse
Bay Harbor, FL 33154

**Creditor**
LA County Court Trustee
~~P. O. Box 513544~~
~~Los Angeles, CA 90051-1544~~
(mail returned 3/26/09)

LA County Court Trustee
P.O. Box 989125
West Sacramento, CA 95798-9125

**Creditor**
Las Vegas Valley Water District
1001 South Valley View Boulevard
Las Vegas, NV 89153-0001

**Creditor**
Luis Gonzalez
5210 Romaine Street, #4
Los Angeles, CA 90029

Mel & Rose Wine & Spirits
8344 Melrose Avenue
Los Angeles, CA 90069

**Creditor**
Nevada Power
6226 West Sahara Avenue
Las Vegas, NV 89146-3060

**Creditor**
Southwest Gas Corp.
P. O. Box 98512
Las Vegas, NV 89193

**Creditor**
Sunset Ranch
3400 North Beachwood Drive
Hollywood, CA 90068

**Creditor**
The Wilshire Condominium Assn.
~~10580 Wilshire Boulevard~~
~~Los Angeles, CA 90024-4500~~
UTF 3/08

**Creditor**
TLC 4 Dogs
348 Mission Drive
Camarillo, CA 93065

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
340399.01 [XP]    25150

F 9013-3.1

| In re:  DEATH ROW RECORDS, INC.  Debtor(s). | CHAPTER: 11 CASE NO: 2:06-11205-VZ ADV NO.: |
|---|---|

**Judgment Creditor Priority Records LLC Security Parties**
Priority Records, LLC
~~6430 Sunset Boulevard~~
~~Hollywood, CA 90028~~
P.O. Box 2490
Los Angeles, CA 90078

**Judgment Creditor - Koch Entertainment**
Jeffrey M. Lowy, Esq.
Mark Robinson, Esq.
Lowy Law Firm
16633 Ventura Boulevard
Suite 800
Encino, CA 91436

**Creditor**
Debbie Stewart
Bekins Moving & Storage
6300 Valley View Street
Buena Park, CA 90620

**Creditor**
Jim Jentges
Bekins Moving & Storage
6300 Valley View Street
Buena Park, CA 90620

**Creditor**
Paul G. Marshall
The Marshall Firm, P.C.
271 Madison Avenue, 20th Floor
New York, NY 10016

**Creditor - Bekins Moving & Storage**
Richard J. Kossler, Esq.
231 East Alessandro Boulevard
Suite A
Riverside, CA 92508

**Creditor**
Interscope Records
2220 Colorado Avenue
Santa Monica, CA 90404

**Creditor**
Rami Etessami, DDS
9201 Sunset Boulevard
Suite 908
Los Angeles, CA 90069

**Counsel for Eagle Rock Entertainment**
Jeffrey Lee Costell, Esq.
Costell & Cornelius Law Corporation
1299 Ocean Avenue
Suite 400
Santa Monica, CA 90401

**RFSN - Tammy Hawkins and Digital Revolution Holdings, Inc.**
Henry S. David, Esq.
Dreier Stein Kahan Browne Woods George LLP
The Water Garden
1620 26th, 6th Floor, North Tower
Santa Monica, CA 90404

**RFSN - Interscope Records**
Wayne R. Terry, Esq.
Hemar, Rousso & Heald LLP
15910 Ventura Boulevard
12th Floor
Encino, CA 91436

**RFSN - Sony BMG Music Entertainment**
Ron Weston, Esq.
Senior Vice President
Sony BMG Music Entertainment
550 Madison Avenue
New York, NY 10022-3211

**Party-In-Interest**
Ron Winter
Ron Winter Productions Limited
~~No. 1 Technology Park~~
~~Colindeep Lane, Colindale~~
~~London, NW9 6BX~~
~~United Kingdom~~

**Counsel for Michel'le Toussant**
Gary A. Plotkin, Esq.
Plotkin, Rapoport & Nahmias
16633 Ventura Boulevard
Suite 800
Encino, CA 91436-1836

**Party-In-Interest**
Vivienne Austin
3250 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90010

**Party-In-Interest**
Eric Arima
Eric H. Arima & Company, Inc.
27200 Tourney Road, #211
Valencia, CA 91355

**Party-In-Interest**
**Rap-A-Lot Records, Inc.**
Jeffrey S. Shinbrot, Esq.
Jeffrey S. Shinbrot, APLC
8200 Wilshire Boulevard
Suite 400
Beverly Hills, CA 90211

**Party-In-Interest**
**Rap-A-Lot Records, Inc.**
Henry J. Fastoff, IV, Esq.
Charles E. Long, Esq.
Stumpf, Craddock, Massey & Farrimond, P.C.
1400 Post Oak Boulevard
4th Floor
Houston, TX 77056

**Attorneys for Sharzahd Sadaghiana (Requested Notice)**
Ira Benjamin Katz, Esq.
Law Offices of Ira Benjamin Katz
1901 Avenue of the Stars
Suite 1900
Los Angeles, CA 90067

**Party-In-Interest**
Sheila Lebowitz
County of Los Angeles
Child Support Services Department
5701 South Easter Avenue
Suite 201
Commerce, CA 90040

**Party-In-Interest**
OCF, Inc.
c/o Freund & Brackey, LLP
427 North Camden Drive
Beverly Hills, CA 90210

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
340399.01 [XP]    25150

F 9013-3.1

| In re:<br>DEATH ROW RECORDS, INC.<br>Debtor(s). | CHAPTER: 11<br>CASE NO: 2:06-11205-VZ<br>ADV NO.: |
|---|---|

**Attorneys for Conquest Media**
David P. Simonds, Esq.
Channing D. Johnson, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3012

Jeff Wernick
Conquest Media, LLC
~~486 N. Camden Drive~~
~~Suite 272 E~~
~~Beverly Hills, CA 90210~~

~~c/o Ben Curry, Warden~~
~~California Department of Corrections~~
~~and Rehabilitation~~
~~Correctional Training Facility~~
~~P. O. Box 686~~
~~Soledad, CA 93960~~

~~c/o Robert L. Ayers, Jr., Warden~~
~~San Quentin State prison~~
~~San Quentin, CA 94964~~

**Creditor**
Andre Young
c/o Howard E. King, Esq.
1900 Avenue of the Stars
25th Floor
Los Angeles, CA 90067-4506

**Creditor**
Employment Development Department
Bankruptcy Group MIC 92E
P.O.B. 826880
Sacramento, CA 94280-0001

**Creditor**
Franchise Tax Board
Special Procedures
P. O. Box 2952
Sacramento, CA 95812-2952

**Creditor**
International Revenue Service
Special Procedures/Bankruptcy
Room 4062, Mail Stop 5022
300 North Los Angeles Street
Los Angeles, CA 90012

**Creditor**
Laffer & Gottlieb CPAS
9454 Wilshire Boulevard
Suite 920
Beverly Hills, CA 90212

**Creditor**
Pitney Bowes Credit Corporation
Attn: Recovery Department
27 Waterview Drive
Shelton, CT 06484-4361

**Creditor**
c/o Ross Weston, Esq.
Sony BMG Music Entertainment
550 Madison Avenue
New York, NY 10022-3211

**Creditor**
Thad Weinlein
Acorn Entertainment
~~5777 West Century Boulevard~~
~~10th Floor~~
~~Los Angeles, CA 90045~~
P. O. Box 81318
Las Vegas, NV 89180-1318

**Creditor**
TLC4Dogs, Inc.
c/o Christina S. Stokholm
Law Offices of Mark Pachowicz
771 E. Daily Drive, Suite 230
Camarillo, CA 93010

**Creditor**
LA Court Trustee
P.O. Box 513544
Los Angeles, CA 90051-1544

**RFSN - Attorneys for EverGreen Copyrights, Inc.**
Paul R. Glassman, Esq.
Adam M. Starr, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400E
Santa Monica, CA 90404

**RFSN - Attorneys for Creditor Andre Young, p/k/a Dr. Dre**
c/o Brian L. Davidoff, Esq.
Duane Kumagai, Esq.
Rutter, Hobbs & Davidoff Incorporated
1901 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

**RFSN - Attorneys for Helen Ryan Frazer, Chapter 7 Trustee for Lydia Harris**
Patrick K. McClellan, Esq.
Law Offices of Patrick K. McClellan
2211 Michelson Drive, Suite 700
Irvine, CA 92612

**RFSN - Chapter 7 Trustee for Lydia Harris**
Helen Ryan Frazer, Esq.
Atkinson, Andelson
17871 Park Plaza Drive, Suite 200
Cerritos, CA 90703

**Judgment Creditor - L. Miller**
c/o Mark L. Block, Esq.
Christensen, Glaser, Fink, Jacobs Weil & Shapiro LLP
10250 Constellation Blvd., 19th Fl.
Los Angeles, CA 90067

**Judgment Creditor - Gangi Studios, Inc.**
c/o Dan M. Sakaida, Esq.
17328 Ventura Blvd., #327
Encino, Ca 91316

**Judgment Creditor**
Gangi Studios, Inc.
10999 Riverside Dr., Ste. 308
North Hollywood, CA 91602

**Claimant**
Jewel Caples Peyton
f/k/a Jewel Caples
p/k/a Jewell
a/k/a Ju-L
~~510 Linda Ann Avenue~~
~~Gray, LA 70359~~
(mail returned – see below)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
340399.01 [XP]    25150

F 9013-3.1

| In re: | CHAPTER: 11 |
|---|---|
| DEATH ROW RECORDS, INC.  Debtor(s). | CASE NO: 2:06-11205-VZ<br>ADV NO.: |

**Claimant**
Jewel Caples Peyton
f/k/a Jewel Caples
p/k/a Jewell
a/k/a Ju-L
Every Girl Has A Pearl
c/o Warner Chappell Music, Inc.
10585 Santa Monica Boulevard
Los Angeles, CA 90025

**Claimant**
Jewel Caples Peyton
f/k/a Jewel Caples
p/k/a Jewell
a/k/a Ju-L
~~1900 Bacon Ranch Road, Apt. 1402~~
~~Killeen, TX 76542-2886~~
(mail returned – see below)

**Claimant**
Jewel Caples Peyton
f/k/a Jewel Caples
p/k/a Jewell
a/k/a Ju-L
P.O. Box 12073
Killeen, TX 76547-2073

**Attorney for Jewel Lynne Caples**
Hugh R. Marshall, Esq.
Offices of Hugh R. Marshall
8292 Twelve Mile Road
Warren, MI 48093

**Claimant**
Ricardo Brown
p/k/a Kurupt
c/o Bret D. Lewis, Esq.
Law Offices of Bret D. Lewis
12304 Santa Monica Boulevard, Third
Floor
Los Angeles, CA 90025

**Claimant**
Roland Berry
p/k/a Graveyard Crew
a/k/a Rowland Berry
a/k/a O.J. Berry
c/o Malinda Berry
3851 S. Sycamore Avenue
Los Angeles, CA 90008-1119

**Claimant**
Ralph Wheeler
p/k/a Arkim
~~496 Van Buren~~
~~Brooklyn, NY 11221~~

**Claimant**
Ralph Wheeler
p/k/a Arkim
394 Lincoln Place, #C4
Brooklyn, NY 11238

**Claimant**
Ralph Wheeler
p/k/a Arkim
~~c/o Deidre La Casse~~
~~Priority Records LLC~~
~~32 West 18th Street, 12th Floor~~
~~New York, NY 10011~~

**Claimant**
Ralph Wheeler
p/k/a Arkim
394 Lincoln Place, Apt. C4
Brooklyn, NY 11238-5819

**Claimant**
Reggie Vanterpool
p/k/a Flair
10900 Wilshire Boulevard, Suite 1240
Los Angeles, CA 90024

**Claimant**
Reggie Vanterpool
p/k/a Flair
~~c/o Deidre La Casse~~
~~Priority Records LLC~~
~~32 West 18th Street, 12th Floor~~
~~New York, NY 10011~~

**Claimant**
Reggie Vanterpool
p/k/a Flair
85 Eastern Parkway, #4C
Brooklyn, NY 11238

**Claimant**
Nathaniel Hale
p/k/a Nate Dogg
Nate Dogg Music
489 Fort Lewis Drive
Pomona, CA 91767

**Claimant**
Nathaniel Hale
p/k/a Nate Dogg
c/o Bret D. Lewis, Esq.
Law Ofc Bret D. Lewis
12304 Santa Monica Boulevard, #PH
Los Angeles, CA 90025

**Claimant**
Nathaniel Hale
p/k/a Nate Dogg
489 Fort Lewis Drive
Pomona, CA 91767

**Claimant**
Ronald Watkins
p/k/a Low MB
p/k/a O.F.T.B.
1641 E. 114th Street, Apt. B
Los Angeles, CA 90059-1901

**Claimant**
Ronald Watkins
p/k/a Low MB
p/k/a O.F.T.B.
~~c/o Michael Alan Helfant, Esq.~~
~~2515 Cardigan Court~~
~~Los Angeles, CA 90077~~

**Claimant**
Ronald Watkins
p/k/a Low MB
p/k/a O.F.T.B.
c/o Donald Dwayne Walton, Esq.
4236 Don Mariano Drive
Los Angeles, CA 90008

**Claimant**
Kevin D. White
p/k/a Flipside
p/k/a O.F.T.B.
10900 Wilshire Boulevard, Apt. 1240
Los Angeles, CA 90024-6501

**Claimant**
Kevin D. White
p/k/a Flipside
p/k/a O.F.T.B.
~~c/o Michael Alan Helfant, Esq.~~
~~2515 Cardigan Court~~
~~Los Angeles, CA 90077~~

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

340399.01 [XP]    25150

F 9013-3.1

| In re: | | CHAPTER: 11 |
|---|---|---|
| | DEATH ROW RECORDS, INC. | CASE NO: 2:06-11205-VZ |
| | Debtor(s). | ADV NO.: |

**Claimant**
Kevin D. White
p/k/a Flipside
p/k/a O.F.T.B.
c/o Donald Dwayne Walton, Esq.
4236 Don Mariano Drive
Los Angeles, CA  90008

**Claimant**
Charlotte Lea Jones
p/k/a Char J
4230 Tujunga Avenue
Studio City, CA  91604-2942

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

340399.01 [XP]     25150

**F 9013-3.1**