1  ERIC P. ISRAEL (State Bar No. 132426)
   eisrael@dgdk.com
2  UZZI O. RAANAN (State Bar No. 162747)
   uraanan@dgdk.com
3  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
4  Los Angeles, California 90067-2904
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  Attorneys for General Counsel for R. Todd Neilson,
   Successor Trustee,
7  and Richard K. Diamond, Predecessor Trustee

FILED & ENTERED

AUG 14 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>DEATH ROW RECORDS, INC.,<br><br>        Debtor.<br>_____<br>MARION "SUGE" KNIGHT, JR.,<br><br>        Debtor. | Case No 2:06-11205-VZ<br><br>Chapter 11<br><br>[Substantively consolidated with<br>Case No. 2:06-11187-VZ]<br><br>**ORDER ON INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY PROFESSIONALS**<br><br>Date:  August 6, 2009<br>Time:  1:30 p.m.<br>Place: Courtroom 1368<br>       255 E. Temple Street<br>       Los Angeles, California |

On August 6, 2009 at 1:30 p.m., the Court heard and considered the interim fee applications filed by the following professionals (collectively the "applications") in the above-entitled bankruptcy case, the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, presiding.

The Court having read and considered the applications and all of the other pleadings on file in this case, having noted the lack of any response, having found that notice of the applications was adequate and proper, and having granted the applications and waived appearances, good cause appearing, it is

///

-1-

341335.01 [XP]        25150

**ORDERED THAT:**

1. The application of R. Todd Neilson ("Neilson"), as Chapter 11 trustee for Death Row Records, Inc. (the "DRR Trustee") and the consolidated estates of Death Row Records, Inc. and Marion "Suge" Knight, Jr. (the "Successor Trustee"), is approved, and the Successor Trustee is awarded, on an interim basis, fees and costs of $533,626.20 and $ 417.27, respectively. The Successor Trustee is authorized to pay these fees and costs to Neilson at this time, on an interim basis.

2. The application of Richard K. Diamond ("Diamond"), as Chapter 11 trustee for Marion "Suge" Knight, Jr. (the "Knight Trustee"), is approved, and Diamond is awarded, on an interim basis, fees and costs of $122,771.17 and $716.57, respectively. The Successor Trustee is authorized to pay these fees and costs to Diamond at this time, on an interim basis.

3. The application of Danning, Gill, Diamond & Kollitz, LLP ("Danning-Gill"), as general counsel for the Knight Trustee and for the Successor Trustee is approved, and Danning-Gill is awarded, on an interim basis, fees and costs of $303,968.00 and $10,951.33, respectively. The Successor Trustee is authorized to pay these fees and costs to Danning-Gill at this time, on an interim basis.

4. The application of Kaye Scholer LLP ("Kaye-Scholer"), as general counsel for the DRR Trustee and special litigation, corporate and entertainment counsel to the Successor Trustee is approved, and Kaye-Scholer is awarded, on an interim basis, fees and costs of $1,183,195.40 and $39,253.00, respectively. The Successor Trustee is authorized to pay these fees and costs to Kaye-Scholer at this time, on an interim basis.

5. The application of Pachulski, Stang, Ziehl, Jones, LLP ("PSZ&J"), as counsel to the Official Committee of Unsecured Creditors Committee is approved, and PSZ&J is awarded, on an interim basis, fees and costs of $134,138.00 and $4,117.94, respectively. The Successor Trustee is authorized to pay these fees and costs to PSZ&J at this time, on an interim basis.

6. The application of LECG, LLC ("LECG"), as accountants to the DRR Trustee and to the Successor Trustee is approved, and LECG is awarded, on an interim basis, fees and costs of

///

2

1  $127,557.00 and $12,688.37, respectively.   The Successor Trustee is authorized to pay these fees

2  and costs to LECG at this time, on an interim basis.

3

4

5                                                              ####

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24                                                       */s/ Vincent P. Zurzolo*

25

26  DATED: August 14, 2009
                                                    United States Bankruptcy Judge
27

28

3

341335.01 [XP]      25150

| In re: | | CHAPTER: 11 |
|---|---|---|
| | DEATH ROW RECORDS, INC. | CASE NO.: 2:06-11205-VZ |
| | Debtor(s). | ADV. NO: |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described ***ORDER ON INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY PROFESSIONALS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ***August 6, 2009*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
***Served Via U.S. Mail***
*Debtor:* Death Row Records Inc, 1617 Orchard Avenue, Compton, CA 90221
*Debtor:* Marion Knight, Jr., P. O. Box 77622, Corona, CA  92877
*Attorney for Debtor:* Ashleigh A Danker, Kaye Scholer LLPU, 1999 Avenue of the Stars Ste 1700, Los Angeles, CA 90067-6048
*Attorney for Debtor:* Daniel J McCarthy, Hill Farrer & Burrill LLP, 300 S Grand Ave 37th Fl, Los Angeles, CA 90071
*Attorney for Debtor:* Robert S Altagen, Law Offices of Robert S Altagen, 1111 Corporate Ctr Dr #201, Monterey Park, CA 91754
*Successor Trustee:* R. Todd Neilson, Trustee, 10100 Santa Monica Blvd., Suite 410, Los Angeles, CA 90067
*Attorney for Creditor Committee:* Debra I Grassgreen, 150 California St 15th Fl., San Francisco, CA 94111-4500
United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***August 6, 2009*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Via Personal Delivery
Hon. Vincent Zurzolo, U.S. Bankruptcy Court, 255 E. Temple Street, Bin Outside of Suite 1360, Los Angeles, CA 90012
Via Hand Delivery
Predecessor Trustee: Richard K. Diamond, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 6, 2009 | Mayra Duran | /s/ Mayra Duran |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

341335.01 [XP]       25150

**F 9013-3.1**

| In re:  DEATH ROW RECORDS, INC.  Debtor(s). | CHAPTER: 11  CASE NO: 2:06-11205-VZ  ADV NO.: |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled ***ORDER ON INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY PROFESSIONALS*** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***August 6, 2009***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Adam N Barasch     anb@severson.com
Bradley E Brook     bbrook@bbrooklaw.com
Marc S Cohen     mcohen@kayescholer.com
Marcus Colabianchi     mcolabianchi@thelenreid.com
Jeffrey Lee Costell     jlcostell@costell-law.com, aicornelius@costell-law.com;merishe@costell-law.com;rhull@costell-law.com;hdooley@costell-law.com
Jeffrey Lee Costell     , aicornelius@costell-law.com;merishe@costell-law.com;rhull@costell-law.com;hdooley@costell-law.com
Donald H Cram     dhc@severson.com

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*Debtor:* Death Row Records Inc, 1617 Orchard Avenue, Compton, CA 90221
*Debtor:* Marion Knight, Jr., P. O. Box 77622, Corona, CA  92877
*Attorney for Debtor:* Robert S Altagen, Law Offices of Robert S Altagen, 1111 Corporate Ctr Dr #201, Monterey Park, CA 91754
*Successor Trustee:* R. Todd Neilson, Trustee, 10100 Santa Monica Blvd., Suite 410, Los Angeles, CA 90067

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                   **F 9013-3.1**
341335.01 [XP]          25150

| In re: | | CHAPTER: 11 |
|---|---|---|
| | DEATH ROW RECORDS, INC. | CASE NO: 2:06-11205-VZ |
| | Debtor(s). | ADV NO.: |

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_August 6, 2009_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Ashleigh A Danker    adanker@kayescholer.com
Henry S David    hdavid@dskllp.com, hdavid@swlaw.com
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Jeffry A Davis    jadavis@mintz.com
Richard K Diamond    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
J Rudy Freeman    jwashington@pszjlaw.com, rfreeman@pszjlaw.com
Debra I Grassgreen    dgrassgreen@pszyjw.com
Everett L Green    egreen@kayescholer.com
Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
Peter J Gurfein    pgurfein@akingump.com
Jeffrey J Hagen    hagenlaw@earthlink.net
James Andrew Hinds    jhinds@jhindslaw.com
Eric P Israel    eisrael@dgdk.com
Steven J Kahn    skahn@pszyjw.com
Ira Benjamin Katz    Ikatz@katzlaw.net
Jeremy W Katz    jkatz@pinnaclelawgroup.com
Andrew F Kim    kim-a@blankrome.com
Andy Kong    Kong.Andy@ArentFox.com
Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
Dare Law    dare.law@usdoj.gov
Ronald L Leibow    rleibow@kayescholer.com
Elan S Levey    elevey@richardsonpatel.com, lgreenstein@laklawyers.com;rfeldon@laklawyers.com
Bret D Lewis    Bretlewis@aol.com
Blake Lindemann    ecf@llgbankruptcy.com
Peter M Lively    PeterMLively2000@yahoo.com, PeterMLively2000@yahoo.com
Alvin Mar    alvin.mar@usdoj.gov
Kathleen P March    kmarch@bkylawfirm.com
Daniel J McCarthy    dmccarthy@hillfarrer.com
Patrick K McClellan    pkellymc@pacbell.net
Kathryn A Meyer    kathryn.a.meyer@irscounsel.treas.gov
Randall P Mroczynski    randym@cookseylaw.com
Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
Christina M Padien    cmoore@akingump.com
Gary A Plotkin    gplotkin@prllplaw.com, calexander@prllplaw.com;linda@prllplaw.com
Uzzi O Raanan    uor@dgdk.com
Oscar D Ramallo    oramaallo@kayescholer.com
Oscar D Ramallo    oramallo@kayescholer.com
Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com
Anthony J Rothman    anthony@arothmanlaw.com
Victor A Sahn    vsahn@sulmeyerlaw.com
George E Schulman    GSchulman@DGDK.Com
Steven J Schwartz    sschwartz@dgdk.com
Matthew J. Shier    mshier@pinnaclelawgroup.com
Jeffrey S Shinbrot    shinbrot@earthlink.net
Pamela E Singer    psinger@pszjlaw.com, ksuk@pszjlaw.com
Gary A Starre    gastarre@gmail.com
John N Tedford    jtedford@dgdk.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

341335.01 [XP]    25150

**F 9013-3.1**

| In re: | CHAPTER: 11 |
|---|---|
| DEATH ROW RECORDS, INC. | CASE NO: 2:06-11205-VZ |
| Debtor(s). | ADV NO.: |

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_August 6, 2009_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Jason Wallach     jwallach@gladstonemichel.com
David Weinstein     dweinstein@richardsonpatel.com
Sharon Z Weiss     sweiss@richardsonpatel.com
Steven Werth     swerth@kayescholer.com
Martin S Zohn     mzohn@proskauer.com
Wayne R Terry     wterry@hemar-rousso.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                                                                                **F 9013-3.1**
341335.01 [XP]      25150