ERIC P. ISRAEL (State Bar No. 132426)
eisrael@dgdk.com
UZZI O. RAANAN (State Bar No. 162747)
uraanan@dgdk.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for R. Todd Neilsen
Chapter 11 Trustee of Death Row Records, Inc. and
Marion "Suge" Knight, Jr.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DEATH ROW RECORDS, INC.,<br><br>    Debtor.<br><br>MARION "SUGE" KNIGHT, JR.,<br><br>    Debtor. | Case No 2:06-11205-VZ<br><br>Chapter 11<br><br>[Substantively consolidated with Case No. 2:06-11187-VZ]<br><br>**NOTICE TO PROFESSIONALS OF HEARING ON INTERIM FEE APPLICATIONS**<br><br>Date: December 10, 2009<br>Time: 1:30 p.m.<br>Place: Courtroom 1368<br>       255 E. Temple Street<br>       Los Angeles, California |

**PLEASE TAKE NOTICE** that the Court will hear interim applications for awards of compensation and reimbursement of expenses by professionals in this case on **December 10, 2009**, at 1:30 p.m. In compliance with Local Bankruptcy Rule 2016-1, the Trustee hereby notifies all professionals as follows:

> Other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled less than 120 days apart.

///

1

344762.01 [XP]    25150

1  Any professional seeking interim fees at this time must comply with the Federal Rules of
2  Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, the
3  Guidelines of the Office of the United States Trustee, and the relevant provisions of the Bankruptcy
4  Code.

5  **PLEASE TAKE FURTHER NOTICE** that any professional who desires to be included in
6  the Notice of Hearing in connection with fee applications must, not later than noon on
7  **November 18, 2009**, advise Valerie Radocay, paralegal to Eric P. Israel, at Danning, Gill,
8  Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, California 90067-
9  2904, (310) 277-0077, vradocay@dgdk.com, of the amounts of requested compensation and
10 expenses and the relevant time period for such compensation and expenses.

12 Dated: October 23, 2009                DANNING, GILL, DIAMOND & KOLLITZ, LLP

14                                        By: _____
15                                        JOHN N. TEDFORD, IV
                                          Attorneys for R. Todd Neilsen
16                                        Chapter 11 Trustee

2

344762.01 [XP]    25150

| In re: DEATH ROW RECORDS, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:06-bk-11205-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **NOTICE TO PROFESSIONALS OF HEARING ON INTERIM FEE APPLICATIONS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 23, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive PNEF transmission at the email address(es) indicated below:

Robert S Altagen    rsaink@earthlink.net
Adam N Barasch    anb@severson.com
Bradley E Brook    bbrook@bbrooklaw.com
Marc S Cohen    mcohen@kayescholer.com
Marcus Colabianchi    mcolabianchi@thelenreid.com
Jeffrey Lee Costell    jlcostell@costell-law.com, aicornelius@costell-law.com;merishe@costell-law.com;rhull@costell-law.com;hdooley@costell-law.com
Jeffrey Lee Costell    , aicornelius@costell-law.com;merishe@costell-law.com;rhull@costell-law.com;hdooley@costell-law.com
Donald H Cram    dhc@severson.com
Ashleigh A Danker    adanker@kayescholer.com
Henry S David    hdavid@dskllp.com, hdavid@swlaw.com
Henry S David    hdavid@swlaw.com, hdavid@swlaw.com
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Jeffry A Davis    jadavis@mintz.com
Richard K Diamond    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
J Rudy Freeman    rfreeman@linerlaw.com, cjacobo@linerlaw.com
Debra I Grassgreen    dgrassgreen@pszyjw.com
Everett L Green    egreen@kayescholer.com
Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
Peter J Gurfein    pgurfein@akingump.com
Jeffrey J Hagen    hagenlaw@earthlink.net
James Andrew Hinds    jhinds@jhindslaw.com
Eric P Israel    eisrael@dgdk.com
Steven J Kahn    skahn@pszyjw.com
Ira Benjamin Katz    Ikatz@katzlaw.net
Jeremy W Katz    jkatz@pinnaclelawgroup.com
Andrew F Kim    kim-a@blankrome.com
Andy Kong    Kong.Andy@ArentFox.com
Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
Dare Law    dare.law@usdoj.gov
Ronald L Leibow    rleibow@kayescholer.com

344762.01 [XP]    25150

| | |
|---|---|
| 1 | Elan S Levey    elevey@richardsonpatel.com, lgreenstein@laklawyers.com;rfeldon@laklawyers.com |
| | Bret D Lewis    Bretlewis@aol.com |
| 2 | Blake Lindemann    blindemann@llgbankruptcy.com |
| | Peter M Lively    PeterMLively2000@yahoo.com, PeterMLively2000@yahoo.com |
| 3 | Alvin Mar    alvin.mar@usdoj.gov |
| | Kathleen P March    kmarch@bkylawfirm.com |
| 4 | Daniel J McCarthy    dmccarthy@hillfarrer.com |
| | Patrick K McClellan    pkellymc@pacbell.net |
| 5 | Kathryn A Meyer    kathryn.a.meyer@irscounsel.treas.gov |
| | Randall P Mroczynski    randym@cookseylaw.com |
| 6 | Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com |
| | Christina M Padien    cmoore@akingump.com |
| 7 | Gary A Plotkin    gplotkin@prllplaw.com, calexander@prllplaw.com;linda@prllplaw.com |
| | Uzzi O Raanan    uor@dgdk.com |
| 8 | Oscar D Ramallo    oramaallo@kayescholer.com |
| | Oscar D Ramallo    oramallo@kayescholer.com |
| 9 | Russell H Rapoport    rrapoport@prllplaw.com, lgillis@prllplaw.com |
| | Anthony J Rothman    anthony@arothmanlaw.com |
| 10 | Victor A Sahn    vsahn@sulmeyerlaw.com |
| | George E Schulman    GSchulman@DGDK.Com |
| 11 | Steven J Schwartz    sschwartz@dgdk.com |
| | Matthew J. Shier    mshier@pinnaclelawgroup.com |
| 12 | Jeffrey S Shinbrot    shinbrot@earthlink.net |
| | Pamela E Singer    psinger@pszjlaw.com, ksuk@pszjlaw.com |
| 13 | Gary A Starre    gastarre@gmail.com |
| | John N Tedford    jtedford@dgdk.com |
| 14 | Wayne R Terry    wterry@hemar-rousso.com |
| | United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov |
| 15 | Gary R Wallace    gwallace@hbblaw.com |
| | Jason Wallach    jwallach@gladstonemichel.com |
| 16 | David Weinstein    dweinstein@richardsonpatel.com |
| | Sharon Z Weiss    sweiss@richardsonpatel.com |
| 17 | Steven Werth    swerth@kayescholer.com |
| | Martin S Zohn    mzohn@proskauer.com |

☐    Service information continued on attached page

II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)</u>:
On October 23, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012

☒    Service information continued on attached page

344762.01 [XP]    25150

Case 2:06-bk-11205-VZ    Doc 963    Filed 10/23/09    Entered 10/23/09 16:59:28    Desc
Main Document      Page 5 of 6

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 23, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 23, 2009 | Cindy Cripe | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

344762.01 [XP]       25150

II. <u>SERVED BY U.S. MAIL</u>

United States Trustee
Attn: Dare Kaw
725 South Figueroa St., 26th Fl.
Los Angeles, CA  90017

<u>Debtor</u>
Marion Knight, Jr.
1617 Orchard Ave.
Compton, CA  90221

Marion Knight, Jr.
P.O. BOX 3037
Beverly Hills, CA  90212

Marion Knight, Jr.
P. O. Box 77622
Corona, CA  92877

<u>Counsel to Debtor, Death Row Records</u>
Robert S. Altagen, Esq.
Law Offices of Robert S. Altagen, Inc.
1111 Corporate Center Drive
Suite 201
Monterey Park, CA  91754

<u>Successor  Ch 11 Trustee</u>
R. Todd Neilson
2049 Century Park East, Suite 2300
Los Angeles, CA  90067-3125

R. Todd Neilson
Attention:  Victoria Duran
Trustee Administrator
2049 Century Park East, Suite 2300
Los Angeles, CA  90067-3125

<u>Trustee's Financial Advisors</u>
LECG
Attn: David Judd
2049 Century Park East, Suite 2300
Los Angeles, CA  90067-3125

<u>Attorneys for Debtor and Special Litigation Counsel for Trustee</u>
Daniel J. McCarthy
Hill, Farrer & Burrill LLP
One California Plaza, 37TH Floor
300 South Grand Avenue
Los Angeles, CA 90071-0460

<u>Predecessor Ch. 11 Trustee (Marion Knight, Jr.)</u>
(Via Hand Delivery)
Richard K. Diamond
2029 Century Park East, 3rd FL.
Los Angeles, CA  90067

<u>Attorneyes for the Official Committee Of Unsecured Creditors</u>
Debra I. Grassgreen, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Fl.
San Francisco, CA  94111

<u>Special Conflicts Counsel for Official Committee of Unsecured Creditors</u>
Victor A. Sahn, Esq.
Mark S. Horoupian, Esq.
Sulmeyer Kupetz, P.C.
333 S. Hope St., 35TH FL.
Los Angeles, CA  90071-1406

<u>Trustee's Accountant</u>
Howard Grobstein
Crowe, Horwath & Company
15233 Ventura Blvd, Ninth Floor
Sherman Oaks, CA  91403

6

344762.01 [XP]    25150