**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

| | | |
|---|---|---|
| In re: DEATH ROW RECORDS INC § § § § | | Case No. 06-11205 VZ |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. Todd Neilson, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
Kathleen J. Campbell
255 E. Temple St.
Los Angeles, CA 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held on June 23, 2016 at 1:30 p.m. in Courtroom 1368 at the Edward R. Roybal Building and Courthouse located at 255 E. Temple Street, Los Angeles, California 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1 (f) no later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

NOTES: Prior to converting to a Chapter 7 bankruptcy on November 20, 2009, Death Row Records, Inc., case no. 06-bk-11205-VZ and Marion "Suge" Knight, case no. 06-bl-11187-VZ (the "Debtors") substantively and administratively consolidated on February 05, 2009.

Filed concurrently with the Chapter 7 Trustee Final Report and Account, R. Todd Neilson, Trustee of the Chapter 11 Debtors is filing the Chapter 11 Final Report and Account along with declarations from R. Todd Neilson and Richard K. Diamond (Trustee of the Knight Estate prior to substantive consolidation).

If approved as prayed, Chapter 11 professional fee applications will be approved as Final, Richard Diamond will be discharged from his duties as the Chapter 11 trustee of the Knight estate, R Todd Neilson will be discharged from his duties as the Chapter 11 trustee of the Death Row Records, Inc. estate and both will be exonerated of their bonds.

**UST Form 101-7-NFR (10/1/2010)**

  Final approval is being sought for the interim trustee fees for all previously approved Chapter 11 and Chapter 7 fee applications for R. Todd Neilson and Richard K. Diamond for the Debtors pursuant to section 11 U.S.C §330.

  All Chapter 11 professional fees have been approved and paid on an interim basis.  Final approval is being sought for the Chapter 11 & 7 professional fees through the Chapter 11 & 7 trustee final reports and declarations.

  The Trustee also asks the court for approval and abandonment of an immaterial amount of remaining debtor records, that was previously not included in the destruction of records motion dated, December 8, 2014, document number 1618.  The court approved the motion on January 6, 2015, document number 1620

  There is approximately $1,731,449 to distribute to Chapter 7 professionals and creditors.

05/11/16: 05/11/2016    R. Todd Neilson: /s/ R. Todd Neilson
                        Chapter 7 Trustee

R. Todd Neilson
2049 Century Park East
Suite 2525
Los Angeles, CA 90067
(517) 290-6000

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re: DEATH ROW RECORDS INC §
§
§
§
§
    Debtor(s)

Case No. 06-11205 VZ

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| The Final Report shows receipts of : | $ | 14,189,580.75 |
| and approved disbursements of: | $ | 12,458,131.54 |
| leaving a balance on hand of[1]: | $ | 1,731,449.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 1,731,449.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - R. Todd Neilson | 448,937.42 | 297,805.50 | 151,131.92 |
| Trustee, Expenses - R. Todd Neilson | 10,256.98 | 9,718.46 | 547.52 |
| Attorney for Trustee, Expenses - Danning Gill Diamond & Kollitz LLP | 40,165.85 | 38,629.42 | 1,536.43 |
| Accountant for Trustee, Fees - Berkeley Research Group, LLC | 467,344.90 | 229,076.40 | 238,268.50 |
| Accountant for Trustee, Expenses - Berkeley Research Group, LLC | 2,536.35 | 948.39 | 1,587.96 |
| Attorney for Trustee Fees (Other Firm) - Danning Gill Diamond & Kollitz LLP | 1,346,763.00 | 1,244,159.00 | 102,604.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) - Pachulski Stang Ziehl & Jones | 2,745.00 | 2,745.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Pachulski Stang Ziehl & Jones | 96.90 | 96.90 | 0.00 |
| Accountant for Trustee, Fees - LECG, LLC | 187,053.00 | 187,053.00 | 0.00 |
| Accountant for Trustee, Fees - LECG, LLC | 1,093.20 | 1,093.20 | 0.00 |
| Special Counsel for Trustee Fees - Kaye-Scholer LLP | 67,435.65 | 67,435.65 | 0.00 |
| Special Counsel for Trustee Expenses - Kaye-Scholer LLP | 363.87 | 363.87 | 0.00 |
| Special Counsel for Trustee Fees - Elmer Dean Martin, III | 48,819.25 | 48,436.75 | 382.50 |
| Special Counsel for Trustee Expenses - Elmer Dean Martin, III | 1,162.37 | 1,103.67 | 58.70 |
| Accountant for Trustee Fees (Other Firm) - Crowe Horwath, LLP | 13,791.00 | 13,791.00 | 0.00 |
| Accountant for Trustee Expenses (Other Firm) - Crowe Horwath, LLP | 78.55 | 78.55 | 0.00 |
| Chapter 7 Operating Case Expenses - Green Planet 21, DBA American Shredding, Inc | 480.00 | 200.00 | 280.00 |
| Administrative Rent (post-petition storage fees, leases) - Liquidating Trust of Reed Slatkin | 8,903.51 | 0.00 | 8,903.51 |
| Income Taxes - Internal Revenue Service (post-petition) - FRANCHISE TAX BOARD | 60,747.44 | 60,747.44 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 505,301.04
Remaining balance: $ 1,226,148.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation - R. Todd Neilson | 278,849.42 | 278,849.42 | 0.00 |
| Prior Chapter Trustee Compensation - Richard Diamond | 163,700.77 | 163,700.77 | 0.00 |
| Prior Chapter Trustee Compensation - FRANCHISE TAX BOARD | 800.00 | 0.00 | 0.00 |
| Prior Chapter Trustee Expenses - R. Todd Neilson | 99.49 | 99.49 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Danning Gill Diamond & Kollitz LLP | 608,641.82 | 608,641.82 | 0.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Kaye-Scholer LLP | 1,349,015.97 | 1,349,015.97 | 0.00 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm) - Danning Gill Diamond & Kollitz LLP | 9,810.88 | 9,810.88 | 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Hill, Farrer & Burrill, LLP | 15,905.00 | 0.00 | 15,905.00 |
| Special Counsel Fees (Chapter 11) - Pachulski Stang Ziehl & Jones | 433,807.89 | 433,807.89 | 0.00 |
| Special Counsel Fees (Chapter 11) - Elmer Dean Martin, III | 0.00 | 0.00 | 0.00 |
| Special Counsel Fees (Chapter 11) - Hill, Farrer & Burrill, LLP | 171,590.46 | 162,152.96 | 9,437.50 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - Hill, Farrer & Burrill, LLP | 520.25 | 0.00 | 520.25 |
| Special Counsel Expenses (Chapter 11) - Pachulski Stang Ziehl & Jones | 1,239.70 | 1,239.70 | 0.00 |
| Special Counsel Expenses (Chapter 11) - Elmer Dean Martin, III | 0.00 | 0.00 | 0.00 |
| Special Counsel Expenses (Chapter 11) - Hill, Farrer & Burrill, LLP | 200.16 | 0.00 | 200.16 |
| Prior Chapter Accountant for Trustee Fees (Trustee Firm) - LECG, LLC | 715,475.16 | 715,475.16 | 0.00 |
| Prior Chapter Accountant for Trustee Expenses (Trustee Firm) - LECG, LLC | 615.65 | 615.65 | 0.00 |
| Prior Chapter Accountant for Trustee Expenses (Trustee Firm) - Kaye-Scholer LLP | 2,784.94 | 2,784.94 | 0.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Grobstein Horwath, LLP | 252,452.22 | 252,452.22 | 0.00 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm) - Grobstein Horwath, LLP | 3,961.42 | 3,961.42 | 0.00 |
| Other Prior Chapter Administrative Expenses - United States Bankruptcy Court | 3,250.00 | 0.00 | 3,250.00 |

Total to be paid for prior chapter administrative expenses: $ 29,312.91
Remaining balance: $ 1,196,835.26

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,519,996.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| K00001 | DEPT OF THE TREASURY I R S | 1,921,774.04 | 1,921,774.04 | 0.00 |
| K00007 A | FRANCHISE TAX BOARD | 344,688.02 | 0.00 | 344,688.02 |
| K00007 B | FRANCHISE TAX BOARD | 58,162.96 | 0.00 | 58,162.96 |
| K00024 B | LOS ANGELES COUNTY CHILD | 4,624.95 | 4,624.95 | 0.00 |
| K00049 | UNITED STATES TRUSTEE | 1,725.00 | 1,725.00 | 0.00 |
| 000001 | DEPT OF THE TREASURY I R S | 1,138,225.96 | 1,138,225.96 | 0.00 |
| 000008 A | EMPLOYMENT DEVELOPEMENT DEPT | 4,077.23 | 0.00 | 4,077.23 |
| 000048 A | FRANCHISE TAX BOARD | 0.00 | 0.00 | 0.00 |
| 000048 B | FRANCHISE TAX BOARD | 2,498.64 | 0.00 | 2,498.64 |
| 000050 | CITY OF LOS ANGELES | 1,746.57 | 1,746.57 | 0.00 |
| 000058 | L A COUNTY TREASURER | 36,473.41 | 36,473.41 | 0.00 |
| 000060 | MICHEL'LE TOUSSANT | 6,000.00 | 6,000.00 | 0.00 |

Total to be paid for priority claims:  $   409,426.85
Remaining balance:  $   787,408.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,171,864.48 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| K00002 | DEPT OF THE TREASURY I R S | 0.00 | 0.00 | 0.00 |
| K00003 | CONQUEST MEDIA LLC | 0.00 | 0.00 | 0.00 |
| K00004 | LAFFER & GOTTLIEB CPA'S | 0.00 | 0.00 | 0.00 |
| K00005 | SHARITHA GOLDEN | 562,576.41 | 61,883.41 | 48,297.42 |
| K00006 | LOS ANGELES COUNTY TREASURER AND TA | 42,579.45 | 4,683.74 | 3,655.46 |
| K00008 | MICHAEL JAY BERGER | 268,369.85 | 29,520.68 | 23,039.67 |
| K00009 | TLC4DOGS INC | 0.00 | 0.00 | 0.00 |
| K00010 | MCPHERSON & KALMANSOHN | 0.00 | 0.00 | 0.00 |
| K00011 | MARGERY L MELVIN | 5,162.25 | 567.85 | 443.18 |
| K00012 | NANCI FLETCHER | 0.00 | 0.00 | 0.00 |
| K00013 | MCPHERSON & KALMANSOHN | 0.00 | 0.00 | 0.00 |
| K00014 | EXTREMITY PRESERVATION INC | 68,700.00 | 7,557.00 | 5,897.92 |
| K00015 | MARIA WATKINS | 0.00 | 0.00 | 0.00 |
| K00016 | LYDIA HARRIS | 0.00 | 0.00 | 0.00 |
| K00017 | AFENI SHAKUR & AMARU ENTERTAINMENT | 668,121.76 | 73,493.39 | 57,358.54 |
| K00018 | INTERSCOPE RECORDS | 0.00 | 0.00 | 0.00 |
| K00019 | LOS ANGELES COUNTY CHILD | 0.00 | 0.00 | 0.00 |
| K00020 | STABLER & ASSOCIATES, INC | 0.00 | 0.00 | 0.00 |
| K00021 | THE HARRY FOX AGENCY INC | 0.00 | 0.00 | 0.00 |
| K00022 | CALVIN BROADUS | 0.00 | 0.00 | 0.00 |
| K00023 | LOS ANGELES COUNTY CHILD | 0.00 | 0.00 | 0.00 |
| K00024 A | LOS ANGELES COUNTY CHILD | 0.00 | 0.00 | 0.00 |
| K00025 | LOS ANGELES COUNTY CHILD | 0.00 | 0.00 | 0.00 |
| K00026 | BRIDGEPORT MUSIC INC | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| K00027 | BRIDGEPORT MUSIC INC | 0.00 | 0.00 | 0.00 |
| K00028 | DEATH ROW RECORDS INC | 0.00 | 0.00 | 0.00 |
| K00029 | SANTIAGO SANDY SANGUILLEN | 0.00 | 0.00 | 0.00 |
| K00030 | HAROLD G BECKS | 0.00 | 0.00 | 0.00 |
| K00031 | OCF INC | 0.00 | 0.00 | 0.00 |
| K00032 | DELMAR ARNAUD | 0.00 | 0.00 | 0.00 |
| K00033 | NATHANIEL HALE | 0.00 | 0.00 | 0.00 |
| K00034 | WASSERMAN COMDEN & CASSELMAN LLP | 0.00 | 0.00 | 0.00 |
| K00035 A | EAGLE ROCK ENTERTAINMENT LTD | 0.00 | 0.00 | 0.00 |
| K00035 B | EAGLE ROCK ENTERTAINMENT LTD | 0.00 | 0.00 | 0.00 |
| K00036 | DIMPLES MERCHANDISING INC | 0.00 | 0.00 | 0.00 |
| K00037 | TAMMIE HAWKINS | 0.00 | 0.00 | 0.00 |
| K00038 | CITY OF MIAMI BEACH EMS | 0.00 | 0.00 | 0.00 |
| K00039 | SHAHRZAD SADAGHIANI | 0.00 | 0.00 | 0.00 |
| K00040 | CHRISTENSEN FINK MILLER ET AL | 0.00 | 0.00 | 0.00 |
| K00041 | MCPHERSON & KALMANSOHN | 0.00 | 0.00 | 0.00 |
| K00042 | LOS ANGELES COUNTY TREASURER AND TA | 0.00 | 0.00 | 0.00 |
| K00043 | LOS ANGELES COUNTY TREASURER AND TA | 0.00 | 0.00 | 0.00 |
| K00044 | ROLAND BERRY | 0.00 | 0.00 | 0.00 |
| K00045 | LOS ANGELES COUNTY TREASURER AND TA | 0.00 | 0.00 | 0.00 |
| K00046 | DEMETRIUS SHIPP | 0.00 | 0.00 | 0.00 |
| K00047 | LOS ANGELES COUNTY TREASURER AND TA | 0.00 | 0.00 | 0.00 |
| K00048 | AMERICREDIT FINANCIAL SERVICES INC. | 34,750.00 | 3,822.50 | 2,983.30 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| K00050 A | NANCI FLETCHER | 0.00 | 0.00 | 0.00 |
| K00050 B | NANCI FLETCHER | 0.00 | 0.00 | 0.00 |
| K00051 | THE HARRY FOX AGENCY | 750,000.00 | 82,500.00 | 64,387.81 |
| K00052 | PAUL G MARSHALL AND THE MARSHALL FI | 0.00 | 0.00 | 0.00 |
| 000002 | DWAYNE BAUDY | 195,169.20 | 21,468.61 | 16,755.36 |
| 000003 | CONQUEST MEDIA LLC | 0.00 | 0.00 | 0.00 |
| 000004 A | FRANCHISE TAX BOARD | 0.00 | 0.00 | 0.00 |
| 000004 B | FRANCHISE TAX BOARD | 0.00 | 0.00 | 0.00 |
| 000005 | ALEXANDER JEWELERS | 186,838.85 | 20,552.27 | 16,040.20 |
| 000006 | LAFFER & GOTTLIEB CPAS | 19,420.67 | 2,136.27 | 1,667.28 |
| 000007 | LOS ANGELES COUNTY TREASUER AND TAX | 0.00 | 0.00 | 0.00 |
| 000008 B | EMPLOYMENT DEVELOPEMENT DEPT | 0.00 | 0.00 | 0.00 |
| 000009 A | FRANCHISE TAX BOARD | 0.00 | 0.00 | 0.00 |
| 000009 B | FRANCHISE TAX BOARD | 0.00 | 0.00 | 0.00 |
| 000010 | PITNEY BOWES CREDIT CORPORATION | 21,932.20 | 2,412.54 | 1,882.89 |
| 000011 | THAD WEINLEIN | 4,548.00 | 500.28 | 390.45 |
| 000012 | PLOTKIN, RAPOPORT & NAHMIAS, PC | 29,524.01 | 3,247.64 | 2,534.65 |
| 000013 | LOS ANGELES COUNTY TREASUER AND TAX | 0.00 | 0.00 | 0.00 |
| 000014 | DWAYNE BAUDY | 0.00 | 0.00 | 0.00 |
| 000015 | DR RAMI ETESSAMI | 0.00 | 0.00 | 0.00 |
| 000016 | EAGLE AUDIO INC | 22,965.16 | 2,526.17 | 1,971.57 |
| 000017 | TLC4DOGS INC | 10,314.10 | 1,134.55 | 885.47 |
| 000018 | MCPHERSON & KALMANSOHN | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | C DELORES AND WILLIAM TUCKER | 0.00 | 0.00 | 0.00 |
| 000020 | ANDRE YOUNG | 0.00 | 0.00 | 0.00 |
| 000021 | BURRELLES PRESS CLIPPING | 14,348.96 | 1,578.39 | 1,231.86 |
| 000022 | MARIA WATKINS | 0.00 | 0.00 | 0.00 |
| 000023 | LYDIA HARRIS | 4,585,932.24 | 504,452.55 | 393,704.20 |
| 000024 | LAS VEGAS VALLEY | 730.37 | 80.34 | 62.70 |
| 000025 | INTERSCOPE RECORDS | 0.00 | 0.00 | 0.00 |
| 000026 | KOCH ENTERTAINMENT LP | 0.00 | 0.00 | 0.00 |
| 000027 | BRIDGEPORT MUSIC INC | 150,000.00 | 16,500.00 | 12,877.56 |
| 000028 | CALVIN BROADUS | 0.00 | 0.00 | 0.00 |
| 000029 | THE HARRY FOX AGENCY INC | 0.00 | 0.00 | 0.00 |
| 000030 | HARRY SENDZISCHEW MD PA | 275.00 | 30.25 | 23.61 |
| 000031 | OCF INC | 0.00 | 0.00 | 0.00 |
| 000032 | SANTIAGO SANDY SANGUILLEN | 0.00 | 0.00 | 0.00 |
| 000033 | HAROLD G BECKS | 71,000.00 | 7,810.00 | 6,095.38 |
| 000034 | OCF INC | 0.00 | 0.00 | 0.00 |
| 000035 | DAVID Z CHESNOPFF CHTD | 0.00 | 0.00 | 0.00 |
| 000036 | DELMAR ARNAUD | 0.00 | 0.00 | 0.00 |
| 000037 | NATHANIEL D HALE | 0.00 | 0.00 | 0.00 |
| 000038 | WASSERMAN COMDEN & CASSELMAN LLP | 0.00 | 0.00 | 0.00 |
| 000039 A | EAGLE ROCK ENTERTAINMENT LTD | 500,000.00 | 55,000.00 | 42,925.21 |
| 000039 B | EAGLE ROCK ENTERTAINMENT LTD | 0.00 | 0.00 | 0.00 |
| 000040 | MARION "SUGE" KNIGHT JR | 0.00 | 0.00 | 0.00 |
| 000041 | TAMMIE HAWKINS | 0.00 | 0.00 | 0.00 |
| 000042 | DIMPLES MERCHANDISING INC | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000043 | DERMOT DAMIAN GIVENS | 0.00 | 0.00 | 0.00 |
| 000044 | CITY OF MIAMI BEACH EMS | 0.00 | 0.00 | 0.00 |
| 000045 A | FRANCHISE TAX BOARD | 0.00 | 0.00 | 0.00 |
| 000045 B | FRANCHISE TAX BOARD | 0.00 | 0.00 | 0.00 |
| 000046 | CHRISTENSEN, FINK, MILLER | 354,856.00 | 39,034.16 | 30,464.54 |
| 000048 C | FRANCHISE TAX BOARD | 0.00 | 0.00 | 0.00 |
| 000049 | MCPHERSON & KALMANSOHN | 0.00 | 0.00 | 0.00 |
| 000051 | AMANDA METCALF | 603,750.00 | 66,412.50 | 51,832.18 |
| 000052 | JEWEL LYNNE CAPLES | 0.00 | 0.00 | 0.00 |
| 000053 | ROLAND BERRY | 0.00 | 0.00 | 0.00 |
| 000054 | REGGIE VANDERPOOL & RALPH WHEELER | 0.00 | 0.00 | 0.00 |
| 000055 | RICARDO E BROWN | 0.00 | 0.00 | 0.00 |
| 000056 | ROLAND BERRY | 0.00 | 0.00 | 0.00 |
| 000057 | CHARLOTTE L JONES | 0.00 | 0.00 | 0.00 |
| 000059 | MICHEL'LE TOUSSANT | 0.00 | 0.00 | 0.00 |
| 000061 | PITNEY BOWES CREDIT CORPORATION | 0.00 | 0.00 | 0.00 |
| 000062 | DELMAR ARNAUD | 0.00 | 0.00 | 0.00 |
| 000063 | LYDIA HARRIS | 0.00 | 0.00 | 0.00 |
| 000064 | LYDIA HARRIS | 0.00 | 0.00 | 0.00 |
| 000065 | DEFFIANCE USA INC | 0.00 | 0.00 | 0.00 |
| 000066 | CHARLOTTE L JONES | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 787,408.41
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

R. Todd Neilson: /s/ R. Todd Neilson
Chapter 7 Trustee

R. Todd Neilson
2049 Century Park East
Suite 2525
Los Angeles, CA 90067
(517) 290-6000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**