Lydia Harris. Pro se
939 Eldridge Road
Sugarland, Texas 77478
iustlydia1@yahoo.com

Phone (832)799-1547



FILED
AUG 22 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**DEATH ROW RECORDS, INC**<br>Debtor<br><br>In re<br>**MARION "SUGE" KNIGHT, JR.** | Case No. 2: 06-bk-11187-VZ<br>[Substantively consolidated with Case No. 2:06-bk-11205-VZ<br>Chapter 7<br>**MOTION TO REOPEN BANKRUPTCY CASE PURSUANT TO BANKRUPTCY RULE 5010**<br><br>TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:<br><br>COMES NOW, Lydia Harris (Pro Se), creditor/party-in-interest in the above-captioned bankruptcy proceeding and respectfully submits this Motion to Reopen Bankruptcy Case pursuant to Federal Rule of Bankruptcy Procedure 5010. |

1

0 To clarify whether prior sale orders extinguished or affected Movant's judgment rights.

0 Other: To preserve the integrity of the Court's prior orders and address disputed reliance on a rescinded conveyance and disputed release.

2. The Movant requests that the Court:

   0 Enter an order reopening the case pursuant to 11 U.S.C. § 350(b).

   ☐ Other:

3. Movant attaches the following supporting documents:

   0 Declaration of Lydia N. Harris

   0 Proposed Order

   0 Proof of Service

WHEREFORE, Movant respectfully requests entry of an order reopening this case and granting the relief requested above.

Dated: August 21, 2025

_/s/ Lydia Harris_____
Signature of Movant

Lydia Harris
Judgment Creditor / Pro Se Movant

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:
DEATH ROW RECORDS, INC.,
Debtor.

Case No.: LA-0611187- VZ (Chapter 7)
Hon. Vincent P. Zurzolo

PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case. My business address is: [Insert Your Address Here].

On August 19,2025,1 served the following documents on the interested parties in this action:
- Motion to Reopen Bankruptcy Case Pursuant to 11 U.S.C. § 350(b) with Request to Defer or Waive Filing Fee;
- Notice of Motion and Hearing on Motion to Reopen Bankruptcy Case;
- [Proposed] Order Granting Motion to Reopen Case and to Defer or Waive Filing Fee.

The documents were served by placing true and correct copies in sealed envelopes and deposited in the United States Mail, postage fully prepaid, addressed as follows:
Richard K. Diamond, Chapter 7 Trustee
907 Westwood Blvd, Suite 1078, Los Angeles, CA 90024

Office of the United States Trustee
Central District of California
U.S. Federal Building
201 North Los Angeles Street, Suite 1300
Los Angeles, CA 90012

Any other parties entitled to notice under the Bankruptcy Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Dated: August 19, 2025

*Lydia Harris*
Signature of Declarant

Name: United States Postal Service (Certified Mail)

**Mail body: Fw: Motion to Reopen Bankruptcy**

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Friday, August 22, 2025, 2:21 PM, sylvester brown <sylvester.brown2010@gmail.com> wrote:

Generated: Aug 22, 2025 3:23PM                                                                                          Page 1/1



# U.S. Bankruptcy Court

## California Central Bankruptcy - Los Angeles

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Aug 22, 2025 3:19PM

Lydia Harris

| Rcpt. No: 22004959 | Trans. Date: Aug 22, 2025 3:19PM | | | Cashier ID: #KC (5044) | |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| 607 | Reopen CH 7 | 2:06-bk-11187 | 1 | 260.00 | 260.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | CREDIT | | $260.00 |
| | | Total Due Prior to Payment: | $260.00 |
| | | Total Tendered: | $260.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Judge**: V. ZURZOLO  **Case**: 2:06-bk-11187

**Debtor**: Marion Knight

**RECEIPT AMENDED** by staff #5044 8/22/2025 3:22 PM
**AMENDMENT VERIFIED** by staff #5061 8/22/2025 3:23 PM
**Correction Reason**: 03) Incorrect Case Number

The court charges a $53 fee for any payment returned or denied for insufficient funds, or reversed due to a credit card dispute.