**FILED & ENTERED**

**SEP 05 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mohammad DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Death Row Records Inc,<br><br>In re Marion Knight,<br><br>Debtor(s). | Case No.: 2:06-bk-11205-VZ<br>Consolidated with No.: 2:06-bk-11187-VZ<br><br>CHAPTER 7<br><br>**ORDER GRANTING MOTION TO REOPEN CASE**<br><br>No hearing – LBR 5010-1, docket #1671 |

    On August 22, 2025, Lydia Harris filed a motion to reopen these consolidated cases to afford relief. A motion to reopen pursuant to FRBP 5010 and LBR 5010-1 is a ministerial act, and the relief sought subsequently must be requested in properly-noticed motions pursuant to FRBP 9013-9014 and LBR 9013-1. Based on the foregoing, **IT IS ORDERED** that the motion is **GRANTED** and the case is reopened for up to 60 days or longer if relief requested requires additional time for the court to consider.

###

Date: September 5, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

-1-